**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 4:24 MJ 6106 |
| | : | |
| Plaintiff, | : | |
| | : | MAGISTRATE JUDGE |
| -vs- | : | CARMEN E. HENDERSON |
| | : | |
| ERIC TABARO NSHIMIYE, | : | **NOTICE OF SUBMISSION OF** |
| | : | **LETTERS OF SUPPORT** |
| Defendant. | : | |

Defendant, through counsel, hereby gives Notice of Submission of Letters of Support to be

considered by the Court for his detention hearing.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/David E. Johnson*
DAVID E. JOHNSON
Assistant Federal Public Defender
Ohio Bar: 0081505
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: David_Johnson@fd.org.

EXHIBIT A

*United States v. Eric Tabor Nshimiye*
U.S. District Court, Northern District of Ohio
Case No. 1:24-mj-1166

---

# DETENTION HEARING REFERENCE LETTERS

---

**Lysandra Whiteside**
(Co-worker)

**Tiffany Nshimiye**
(Daughter)

**Nestor Nshimiye**
(Son)

**Destiny Nshimiye**
(Daughter)

**Marcel Munyanziza**
(Family friend)

**Eric Nshimiye's Family**
(Family)

**Lydia Yatras, MSN, APRN, FNP-C**
(Neighbor)

**Clementine Bihiga**
(Niece)

**Albine Bizimana**
(Niece)

**Marcellin Mutuyimana**
(Nephew)

**Ethel Kundwa**
(Friend)

**Thierry Ndangurura**
(Family friend)

**John E. Keehner**
(St. Paul Church)

**Matthew and Lisa Ile**
(Neighbor)

**Sylvestre Twagirayezu, Ph.D**
(Friend

**Stephen Bizimana**
(Nephew)

**Epa Bizimana**
(Nephew)

**Susan Fenton**
(Neighbor)

**Jonathan Moldvay**
(Family friend)

**Livi Cardinale**
(Family friend)

**Eric Fenton**
(Neighbor)

**Dylan Hackett**
(Family friend)

**James A. Clarke**
(St. Paul Church)

**Jane Upperman**
(Family friend)

**Michael and Julie Moldvay**
(Friend)

**Ron and Erin Horning**
(Neighbor)

**Bob and Jamie Smart**
(Family friend)

**Jennifer and Brian Zylko**
(Neighbor)

**Thomas and Shirley Rice**
(Neighbor)

**Weng Fatt Choy**
(Co-worker)

**Jeffrey and LaVon McLeod**
(Family friend)

**Mary Hackett**
(Family friend)

**Paul Smith**
(Neighbor)

**Nadine Kazuba**
(Family friend)

**Dustine May**
(St. Paul Church)

**Olivia Nsenga**
(Niece)

**Stella Mutoni and Family**
(Niece)

**Krista Smith**
(Neighbor)

**Bernadette Murorunkwere**
(Sister-in-law)

**Jaden Ella**
(Nephew)

**Christopher Pfeiffer**
(Co-worker)

**Oliver Sangwa**
(Friend)

**Regis Murenzi**
(Family friend)

**Dede Logan**
(Family friend)

**Theophile Murayi**
(Friend)

**Diane Allchin**
(Neighbor)

**John C. Kline**
(Dentist)

**Joanne Decker**
(St. Paul Church)

**David Decker**
(Friend)

**Louise**
(Friend)

**Josias Ndaribamare**
(Friend)

**Alice Muhindura**
(Friend)

**Barbara Bankovich**
(Friend)

**Alexis Muhirwa**
(Family friend)

**Celestin Muhindura**
(Friend)

**Credo Bizimana**
(Godson/Nephew)

**Ashwin Rao**
(Family friend)

**Raymond Oflaherty**
(Family friend)

**Loic Kiza**
(Family friend)

**Sri Pamungkas**
(Co-worker)

**Christine Milosevic**
(St. Paul Church)

**Josiane Niyomukesha**
(Niece)

**Patricia Petroff**
(Dentist)

**George Radonjich**
(Family friend)

**Wolfe Family**
(Family friend)

**Anualita Mbarusha**
(Stepsister)

**Dominic Gambone III**
(Family friend)

**Faustin Hategekimana**
(Friend)

**Joanne Damico**
(Family friend)

**Deb Dougherty**
(Neighbor)

**The Ntibarwiga Family Foundation webpage**

Lysandra Whiteside
Sndywhiteside@aol.com
March 26,2024

To: The Honorable Judge,

I am Lysandra Whiteside, and I am writing this letter to provide a personal character reference for Eric Nshimiye who I have worked with over the past 10 years. I am writing this character reference letter with full knowledge of the charges that have been leveled against him. It is with a heavy heart that I feel the need to defend my colleague and friend against these allegations that are categorily foreign to the person that I work with daily and consider a friend.

I would like to introduce you and to all that are willing to listen to the person that I know. I have known and worked beside Mr. Nshimiye for the past 10 years. During that time, I have found his work ethics to be impeccable. In the years I have worked on our team I have not heard a single negative perception of Mr. Nshimiye with regards to his work, or demeanor. He always brings a positive attitude and a high degree of professionalism to our projects. Mr. Nshimiye also volunteers his time to mentor youth that have an interest in engineering principles. He takes his time to make certain each person is heard and realizes the future that they can build for themselves with study and hard work. Mr. Nshimiye is the reason that I also volunteered in the same youth mentor program alongside him for the past several years. These allegations which makes one look backward and makes me realize that my association with Mr. Nshimiye has made me a more civic minded, a more selfless coworker and a better community advocate.  I find Mr. Nshimiye inspirational as a professional that also finds time to help the community by guiding the next generation of youth. I tell you this so that you may understand why it seems inconceivable for myself and many others to accept any of these allegations as true.

I also know Mr. Nshimiye  as a great family man that takes great pride in his children which he would proudly speak of on occasion. I have had the privilege to speak with two of his children when they visited our place of work over the years.  I found his children to be extremely bright, inquisitive, respectful and gracious. I believe this to be a direct reflection of how they are parented and the community the Nshimiye's have built and surrounded themselves.  Mr. Nshimiye has a wonderful family and a strong sense of community.

It is my sincere hope the court takes this letter into account. I am of the belief that someone can tell you who they are but when they have shown you who they are over the years it is quite powerful and what I know and believe to be the true character of that person. Mr. Nshimiye has shown me who he is by the way he goes about his job with the upmost professionalism and integrity of work and principles and to his family that personally gives me great hope for the next

generation and to his sense of community and responsibility to help steward and mentor the youth that may need guidance.

I would like to thank you for taking the time to read this letter, however I felt it important to share with the person I know and have worked with daily for the past 10 years. I stand unwavering in my support of Mr. Nshimiye and prayerful for the outcome to exonerate my colleague and friend.


Sincerely

Lysandra Whiteside

| | |
|---|---|
| **From:** | Epa Bizimana |
| **To:** | David Johnson |
| **Cc:** | Susan Corbett |
| **Subject:** | Fwd: Case Letter |
| **Date:** | Friday, March 29, 2024 4:41:16 AM |

**EXTERNAL SENDER**

Hi David & Susan. This is from Eric's older daughter.

---------- Forwarded message ---------
From: **Tiffany Nshimiye** <tiffanynshimiye17@gmail.com>
Date: Fri, Mar 29, 2024, 00:33
Subject: Case Letter
To: <Epa.bizimana@gmail.com>

Your Honor,
My name is Tiffany Nshimiye. I am one of Eric Nshimiye's four children. I am writing this letter as a character witness on behalf of my father. My father has continuously shown that he is a faithful and kind man. He has always been willing to put others before himself, providing for our family, as well as the Rwandan community. Through various programs such as the Ntibarwiga Family Foundation, Kinyarwanda lessons, and serving as a Eucharistic minister at our church, he has always been willing to look for opportunities to help others. My father's character can additionally be seen through his four children. Through his strong faith, my father has always strived for us to live virtuously. While guidng us to academic success through various activities, clubs, and opportunities-- he always made sure we gave back to our community. He has raised successful children, one of whom left Harvard to pursue a life in the priesthood. Any member of our family or community will attest to you that my father is not the person seen on the news. His kindness, faith, and virtuous characters have continuously shown that he is an innocent man who has deserved no part of this monstrosity. Therefore, I strongly stand as a witness to my father and his good character.

Sincerely,
Tiffany Nshimiye

To Judge Henderson,

Your honor,

My name is Nestor Nshimiye, youngest son of Eric Nshimiye.

My dad has always been a loving father. Everything that he has done has been for us. My father has made it one of his main missions in life to teach us all of the valuable lessons he knows. Every other week in our mentoring sessions, we'd center our focus around a core topic, and one of my personal favorites was the lesson on the four cardinal virtues in life. This lesson was so important to him that we went over the *entire* presentation *twice* to stress its importance. These four virtues, temperance, fortitude, justice, and prudence, are supposed to be the guiding principles in our lives, where every single one of our decisions should stem from. My father has carried these values with him his entire life, which is why he was able to find success and happiness, even when he wasn't dealt with the best cards.

The special thing about my father that I've noticed that other people struggle with is that he lives life with simplicity. He doesn't get caught up in all of the constant noise around us and instead, he takes the time to value all the little things. I've always admired how humble he is. He wears the same simple set of clothes, he's had the same functioning phone for years, not worrying to keep up with the latest models, he's worn the same 2-3 pairs of shoes, among so many other things. This is because he knows how to distinguish between what is desired and what is needed, and he only focuses on the things that will truly help our family prosper. Out of all of the adults I know, I've never seen the level of humility that he has. I remember one day my siblings and I were gathered around the TV, watching a comedy video on YouTube. My father came in and challenged us to see why we were watching it—what valuable lessons were we able to take and apply to our own lives. That is the kind of man he is. One who constantly looks to improve himself in order to also improve the lives of those around him. Everything that he does is with *righteous* purpose.

My dad has taught me and my siblings how to appreciate all of the gifts in life, especially the ability to make meaningful connections with those around us. He's inspired us to live a life of service as evidenced by our genuine contributions to our community. My older brother in fact, Tresor Nshimiye, has already dedicated his life as a monk in the Carmelite Hermitage, over in Texas. The only unfortunate part is that one of the requirements is to live a cloistered life, meaning that he will be living there for the rest of his life. While we were all initially saddened to hear that, we are grateful to know that he found his true calling: to serve and to continually pray for the world around us. We know that we will meet once again. As for me, I'm planning to finish my pre-med track at Duke so that I may one day become a doctor to similarly help those in need. This is no coincidence—this was the direct influence from my father who has always modeled what it means to live a selfless life. We've all always admired him for being such a cool, calm, loving leader, and all have looked to emulate him.

While we are disgusted and appalled to hear of the false allegations brought against, we know that in the end, the truth always comes out. Our father has taught us to live our lives through faith, and that everything happens for a reason. I've found myself asking God why make a man suffer when they don't deserve it. Maybe this case can highlight the injustices brought upon people in similar cases, or maybe

this event can bring our family closer together. Whatever the answer may be, our faith will never falter. The inspiring part is that that we are ones in need of help, our community is there for us in support of my father. This is something that my dad has preached ever since we were little—value your family and never leave their side. Do this and your bounty will be plenty.

Personally, one of the hardest things about all of this is dealing with the other side: the newspapers spreading misinformation, people on social media showcasing their hatred and biases without knowing the circumstances, and most of all, the people who looked at my father, saw him as weak—an easy target—and decided to frame him for their personal gain. Why would a man so notorious and "vicious" be only discovered after 30 years, with pencil drawings and finger pointings as "proof"? They want to drag my father and our name down. As much as we want to despise them, we know that people are often misguided, manipulated, deceived. We pray for not only us and our father, but also for all the other parties involved, especially that they're hearts may be drawn to the truth. While my father isn't currently with us, his influence remains as we know that he would believe the same.

If your main concern is a potential risk flight, we can confidently say it will not be an issue. My father, as for the rest of us, has nothing to hide. During this time of difficulty, we feel very grateful to be able to have such a supportive community around us and look forward to fighting this injustice *together*. We appreciate your time and are fully confident in a just judgment.

Thank you, your honor,
Nestor Nshimiye

**From:**      David Johnson
**To:**         Susan Corbett
**Subject:**   FW: Eric Nshimiye"s Letter
**Date:**       Thursday, March 28, 2024 9:18:54 AM

---

**From:** Destiny Nshimiye <destinynshimiye@gmail.com>
**Sent:** Wednesday, March 27, 2024 5:51 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye's Letter

EXTERNAL SENDER

Hello,

   My name is Destiny Nshimiye, I am 13 years old, and a current 8th grader. I am Eric Nshimiye's youngest child, as well as his one of two daughters. I am aware of the seriousness of the situation and will be speaking honestly, with my whole heart.

   Ever since I was young, I've been extremely close to my father. This was because of his amazing attributes. My father is kind and, honest, always helping those in need. He is also strong in his faith, pushing us to live a life of virtue. He has an organization built on helping children to young adults live their lives to the fullest. He uses the money to help those in need. I look up to my father, as he's a successful man with a kind heart. He is not violent, nor has he ever been seen as a threat to anyone, ever. My family and I succeed in what we do because of the values of hard work my father has taught us. He's a law-abiding citizen, so I do not see the issue with him returning home, after the hearing. Myself and my family depend on my father, not necessarily financially, but also emotionally. My father is a good, virtuous, man.

   When I heard these allegations against my Dad, I was away from my family on a school trip. Even then I knew these allegations weren't true as they did not sound like my father. Everything said in articles is the opposite of what my father is and the morals of what he lives by.

Sincerely,
Destiny Nshimiye

# <u>TO WHOM IT MAY CONCERN</u>

Dear Sir or Madam / Your Honor

I am writing in reference to the upcoming hearing expected on Friday, March 29, 2024, at 3pm, which involves Mr. Eric Nshimiye, who is being accused of serious crimes, and I wish to attest to his integrity and good moral character.

My name is Marcel Munyanziza, I am 52 years old, I am married and have 2 children. I am a US citizen, live in Fayetteville, PA, and I work as a Clinical Laboratory Technologist in a local Hospital. I have known Eric Nshimiye for approximately 35 years, we grew up in the same province in Rwanda, formerly called Ruhengeri our families know each other, we maintain a close relationship until today. We both immigrated to the United States of America at different times, first as refugees, then became citizens by naturalization.  I was the godfather of her daughter Tiffany when she got baptized. I believe I am in a position to speak to Eric's moral character, so I hope you will take this letter into account when making your decision.

Mr. Eric Nshimiye is, in short, a good person. He has always been kind and generous to others. He has a strong sense of duty, which applies in his job, family, and community. He also possesses a great deal of integrity, and constantly strives to make sure he is doing the right thing.

It must be difficult for you to make decisions like this when you don't actually know the person standing in front of you, so I hope you will look at my letter and the countless others you're receiving and understand that Eric is the kind of person around whom people rally. That has to say something, so please let that be a factor in your decision.

I trust the United States Justice system, please consider that Eric Nshimiye is still innocent, is not a danger to the community and give him a chance and the freedom to prove his innocence.

Thank you,

Marcel Munyanziza (Electronically signed) on March 27, 2024

**Eric Nshimiye's Family Statement Regarding Baseless Accusations and Assasination of Character**

The United Nations International Tribunal for Rwanda (ICTR) was established in Arusha, Tanzania to account for all principal orchestrators of the 1994 Genocide in Rwanda, and Eric Nshimiye's name never appeared. The Human Rights Watch drafted intensive investigative reports at the time as to those responsible. Eric's name never appeared. The local Gacaca courts - a system of transitional justice in Rwanda following the genocide - were established and for decades after the genocide, Eric's good name went unassailed.

Only after he agreed to act as a defense witness did these false accusations arise, and those familiar with the Rwandan judicial system know exactly why. If you dare question the official Rwandan narrative, you become a target and it's sad the US federal prosecutors are doing Rwanda's bidding using US taxpayers money.

Our family vehemently denies all allegations brought against Eric and asserts his complete innocence. He is a beloved active figure in the community, a devoted husband and father, and a man of deep faith as evident in every aspect of his life. We attest to his moral integrity and dismiss the charges against him as incompatible with his character and beliefs, as those who know him would agree.

We express our heartfelt gratitude for the overwhelming support that Eric has received from friends and the community at large. Together, we will see this through and Eric will emerge victorious. His good name will be cleared, and his integrity restored.


Signed,

Eric Nshimiye's Family

3/24/2024

To whom it may concern,

I am writing as a character witness for Eric Nshimeye. I am also a licensed family nurse practitioner with full knowledge of my ethical obligations as a licensed provider who has a duty to engage in honest, upstanding conduct fitting to my profession. I have known Eric Nshimeye since May 2012 when we moved into his neighborhood. The Nshimeye family was one of the first families that kindly befriended us. Our children became close friends, and we befriended Eric and his wife Chantal. I have had many, many conversations, too many to count, with Eric both one on one and in a group setting. I have seen his conduct in many different situations. I do not exaggerate when I say he is one of the most upstanding, most respectful, and respected men we know. I have NEVER known him to be a violent person or to even lose his temper one time in an uncontrolled manner. The person he is accused of being is simply not even in the same realm of possibility as the deeply moral person that I know. There is no conceivable way that this in an act on his part to fool society. How can I say that with such confidence?

As I stated before, I am a family nurse practitioner. I, unfortunately, in my career have seen first-hand copious amounts of families traumatized from violence and dysfunction, and the negative repercussions that cannot be avoided in the children. Not only is Eric Nshimeye a person I would, and have, trusted my children with but his family, for a lack of a better word, is lovely. They are the type of family other families strive to be like. In my professional opinion, Eric and Chantal have well-adjusted, happy, loving, kind, open, responsible children that respect boundaries, work hard, possess deep morals, and live their Christian faith. They learned all these things because it was modeled to them by their father Eric. That would simply not be possible if they were products of a father that was violent, unloving, dangerous and traumatizing in any way. The person described as committing these atrocities simply would not be the same person that would be able to create the loving, giving, strong family he has created.

The only other thing I can say about Eric Nshimeye is that his wife and children need him. Our community, our neighborhood, needs him. He has been nothing but a positive influence in all our lives. We pray you see the truth about Eric Nshimeye's character and release him back to his family and community that cares for and loves him.

Sincerely,

Lydia Yatras, MSN, APRN, FNP-C

M: 330-906-2186

Lydiayatras@gmail.com

Scanned with CamScanner

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Support letter for Eric Nshimiye |
| **Date:** | Monday, March 25, 2024 10:41:38 AM |

-----Original Message-----
From: Clementine Bihiga <clembihiga@hotmail.com>
Sent: Sunday, March 24, 2024 3:03 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Support letter for Eric Nshimiye

Today, as I write this letter, my heart is heavy, yet it is also filled with an unwavering sense of purpose. This Sunday is unlike any other, not because the day itself has changed, but because our family WhatsApp group is missing something integral—a scripture from my Uncle Eric, a man of profound faith and compassion, now unjustly confined away from us. Every Sunday, Eric sent us scripture to reflect on for the week ahead. He was my spiritual guide, always seeming to be available whenever I needed him for as long as I can remember.

Just last Sunday, Eric shared with us a Lenten challenge that resonated deeply, especially now. He urged us to confront our burdens with faith, to literally carry them with us as reminders that even in our struggles, we can find moments of unexpected joy. His arrest, coming just days after this profound message, seems a harsh contradiction to the life of service and love he has led.

Uncle Eric's life is a beacon of selflessness, integrity, and unwavering moral courage. His support through life's darkest valleys, such as the loss of my child, and his generous spirit in the face of my challenges, exemplify the best of human values. Eric's presence brings a sense of completeness, not just to our family but to the entire community, through his genuine acts of kindness, understanding, and advocacy for justice.

Upon receiving my Honorary Doctorate Degree in Humanitarianism, my thoughts immediately flew to Uncle Eric. He is the one person I went to when I felt proud of myself, especially when I achieved something that advanced the state of humanity, because that's what he stood for. To know Eric is to experience the true meaning of being valued, being seen and being human. He will inspire the weak to feel as if they can achieve anything.

To portray Eric as a danger to the community is to overlook the essence of his contributions. His commitment to his church, to the welfare of his elderly neighbors, and to the mentorship of our youth, is irreplaceable. Eric's life is a testament to the power of good in the world, and his absence from our community is a loss too great to measure.

The portrayal of Eric in the media is a grave misrepresentation of his character. The man they describe is unrecognizable to us, to the countless lives he has touched with his generosity and wisdom. I stand before you today, Dr. Clementine Bihiga, fortified by my studies in International Studies and Human Rights, to plead for justice—not just for Eric, but anyone else who finds themselves in this predicament.

In these trying times, I am inspired by what Eric would say— to hold fast to faith, to believe unwaveringly in the power of truth, and to always choose the path of righteousness, no matter the obstacles. This is the lesson Eric has instilled in us, a lesson that guides my every step.

Included is a heartfelt message from my 12 year old son shaped by Eric's mentorship: "Uncle Eric is a great guy... He is a great role model, not just to our family but to everyone he meets, always sharing his wisdom and showing kindness."

With hope and determination,

Dr. Clementine

Sent from my iPhone

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Character witness for Eric Nshimiye |
| **Date:** | Monday, March 25, 2024 10:33:34 AM |

---

**From:** Al Biz <albine.bizimana@gmail.com>
**Sent:** Thursday, March 21, 2024 5:04 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Character witness for Eric Nshimiye

EXTERNAL SENDER

To whom it may concern,

My name is Dr. Albine Bizimana.

Professionally, I am a Clinical Psychologist who specializes in treating PTSD among US veterans. Personally, I am a member of the Rwandan American community and niece to Eric Nshimiye.

I am writing this letter as a character witness on behalf of Eric Nshimiye, with full knowledge of my ethical obligations as a licensed clinician, who is obligated to engage in upstanding and honest conduct fitting of my profession.

If I could use one description for my uncle it would be 'man of faith.' Eric's faith is the cornerstone of his character, his guiding light through his life, and his moral anchor. This is evident in his attentiveness as a husband of over 20 years, and father to four kind and brilliant children, one of which left Harvard to pursue a life in the priesthood. His children, spouse, nieces, nephews, fellow parishioners, and community members will attest to you that Eric's character and deep faith  is incompatible with the charges placed against him.

Eric is a pillar in his community and continues to inspire us all to show up as the men and women God calls us to be. Most recently, he founded the Ntibarwiga Family Foundation, which provides assistance and mentorship to those in need. Eric himself provides the most regular mentorship sessions each month to children who range from middle school to university. He has been entrusted with this task by myself and other parents because, like any parent who sees a person who is a force for good, we hope our children will follow in his example.

In my roles as a mother, spouse, and clinician, I look to my uncle's example and guidance  regularly when in times of difficulty. Most recently, after suffering a miscarriage and my husband becoming ill, uncle Eric was among those who comforted my family and I and reminded us of God's grace and goodwill.

I have seen Eric's character, his kindness, and his faith at work and speak with confidence in saying that he is an innocent man whose efforts have only been to be a force for good.

I therefore, strongly and without hesitation,  stand as a witness to his good character.

Sincerely,

Dr. Albine Bizimana
Clinical Psychologist
Outpatient Team Lead
Trauma Recovery Clinic
Dayton VA Medical Center

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Testimony for Eric Nshimiye
**Date:** Monday, March 25, 2024 10:34:05 AM

---

**From:** Marcellin Mutuyimana <mutuyi@gmail.com>
**Sent:** Friday, March 22, 2024 4:18 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Testimony for Eric Nshimiye

EXTERNAL SENDER

To Whom It May Concern,

My name is Marcellin Mutuyimana, and I have been an educator in mathematics for over a decade, working in both middle and high school environments across the United States (specifically Atlanta Public Schools, Georgia) and the United Arab Emirates (Applied Technology Schools, Abu Dhabi). I am writing to offer a testimonial on behalf of Eric Nshimiye, with whom

I have a familial relationship with Eric, as he is my uncle.Eric has not only been a personal mentor to me but has also been instrumental in guiding young immigrants seeking better opportunities in the United States. After his own journey to America, Eric pursued higher education at the University of Dayton, earning a degree in engineering. His success inspired many other immigrants to pursue their dreams.

Upon entering the professional realm as an engineer, Eric demonstrated exceptional diligence and commitment, embodying the essence of the American dream. He has been a guiding light for myself and others, advocating for positive lifestyles and steering youth away from harmful paths.

In addition to his professional endeavors, Eric founded the Ntibarwiga Family Foundation, dedicated to empowering immigrant youth by fostering personal growth, teaching essential life skills, and providing support for societal integration. As a mentor within this foundation, I have witnessed Eric's unwavering dedication to uplifting underprivileged individuals, including providing scholarships and financial assistance to disadvantaged families in Africa.

It is disheartening to see Eric's reputation tarnished by baseless accusations of atrocity. His integrity, humility, and commitment to bettering the community stand as a testament to his character. Eric's adherence to principles of discipline, guided by faith and purpose, is both humbling and inspiring. He is a respected member of the Rwandan community in Ohio, and it is unjust to see such a commendable individual subjected to unwarranted persecution.

In conclusion, I urge thorough consideration of Eric's character and contributions, which deserve recognition and respect.

Yours sincerely, Marcellin Mutuyimana

**From:**     David Johnson
**To:**       Susan Corbett
**Subject:**  FW: Eric Nshimiye"s Outstanding Character!
**Date:**     Wednesday, March 27, 2024 5:01:43 PM

---

**From:** ethel kundwa <teteli2003@yahoo.com>
**Sent:** Wednesday, March 27, 2024 4:59 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye's Outstanding Character!

EXTERNAL SENDER

Ethel Ishimwe

14009 Clatterbuck Loop

Gainesville, VA 20155

Teteli2003@yahoo.com


March 27, 2024


Re: Release of Eric Nshimiye to his family


I am writing to provide my unwavering support for Eric Nshimiye, a man of exemplary character and integrity, whom I have had the honor of knowing for over 35 years. As his friend, I can attest to his outstanding qualities as a husband, father, and member of our community.


Throughout our long-standing relationship, I have witnessed Eric Nshimiye's steadfast commitment to his family and his unyielding dedication to upholding the highest moral standards. As a devoted husband and father of four, he has consistently placed the well-being and happiness of his loved ones above all else, demonstrating a profound sense of responsibility and love.


Moreover, Eric Nshimiye is deeply respected within our community for his integrity, honesty, and reliability. His contributions to our community through mentorship, both personally and professionally, have left an indelible mark, earning him the admiration and trust of those who know him. His reputation as a man of his word and a pillar of strength is well deserved and widely recognized.


Another aspect of Eric Nshimiye's unmatched good character is his youth mentorship program. Two of my young children are his mentees. I did get a chance to attend several of the mentoring sessions he was hosting and what a priceless worth of virtues and good values he instilled in our children. The fact that he conceived this program to help the community's children, and that he put a lot of time, thoughtfulness, value and dedication proves that he is a person of great character.

It is important to emphasize that Eric Nshimiye poses no danger to our community and is not a flight risk. His strong ties to his family, his deep roots in our community, and his impeccable track record of abiding by the law speak volumes about his character and reliability. I am confident that he will continue to uphold these values and follow whatever restrictions posed upon him.

In light of Eric Nshimiye's impeccable character and standing within our community, I wholeheartedly support any endeavors to provide him with the opportunity to continue to be a loving husband, devoted father, and valued member of our community.

Thank you for considering my endorsement of Eric Nshimiye. Should you require any further information, please do not hesitate to contact me at the address above.

Sincerely,

Ethel Ishimwe

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | Fw: Eric Nshimiye witness character |
| **Date:** | Tuesday, March 26, 2024 2:53:39 PM |

---

**From:** Thierry H. Ndangurura <thirwa@gmail.com>
**Sent:** Tuesday, March 26, 2024 1:12:55 PM
**To:** David Johnson
**Subject:** Eric Nshimiye witness character

EXTERNAL SENDER

To whom it may concern,

 My name is Thierry Ndangurura a naturalized U.S Citizen in 2013. I came to the U.S in 2008 at the age of 20 with my family as refugee. My family left Rwanda in 1994 during the genocide.

I am writing this email to attest of Eric Nshimiye's exemplary character. I met Eric few months after we arrived to the U.S. Him and his family helped us tremendously transition into the American way of life. All the times I had a chance to be in Eric's presence he struck me as being a man who sees good in every person he meets. He has always been that person who encourages young people to be loving and caring. And I think that shows in the mentorship work that he has been doing with first generation Rwandan children born in the United States. He is the kind of man that never misses a Mass on Sunday. He is always ready to help whoever is in need. I was heartbroken when I heard of the charges brought against him and I truely believe the man he is, is not the person who committed those atrocities. And thus should be given the opportunity to at least clear his name out of jail. Him being the righteous man I know to be, I doubt he is a danger to anyone.

 Thank you



**Saint Paul Catholic Parish**
L O V E  •  S E R V E  •  W O R S H I P

22 March 2024

To Whom it may concern:

I am writing on behalf of Eric Nshimiye, a member of Saint Paul Parish in North Canton, Ohio, where I currently serve as pastor.  I have known Mr. Nshimiye the entirety of my pastorate and am also acquainted with his family.

In my time here at Saint Paul, I have known Mr. Nshimiye to be a person of strong character, devoted to his family, and faithful in his attendance at Church.  He serves as a Minister of Holy Communion and his children all have either served as altar servers in the past or, in the case of his two younger daughters, in the present.  He has always struck me to be kind and gentle.

I assure you that the image of the man portrayed in the news reports I saw last evening are totally incongruous with whom I know Mr. Nshimiye to have been in the past four and a half years and whom I know to be today.  It is inconceivable to me that they could possibly be the same person.

Thank you for your consideration.

Respectfully and sincerely,

Reverend John E. Keehner, Pastor

**Mr. & Mrs.
Matthew C. Ile**

10919 Billingham Ave NW
Uniontown OH 44685
330.754.9302
ilematt94@gmail.com

22 March 2024

To whomever it may concern:

This letter serves to support the character of our long-time neighbor and friend, Eric Nshimiye. We moved onto the same street around the same time and have enjoyed being neighbors for nearly twenty years.

During this time, we raised our children in peaceful harmony. Eric and his wife are active members of their church. Their Christian faith is displayed front and center in all aspects of their lives.

We learned first hand through Eric's example what it means to "love thy neighbor." Attending neighborhood and family gatherings in their backyard was always a highlight for our family. To be their neighbor, was in effect to be part of the Nshimiye's larger family and we were often invited to participate.

Enjoying a rousing game of soccer in the Nshimiye's front yard was a favorite pastime for many of the neighborhood children. Often Eric served as the referee laughing alongside the children and the adults who often joined the game.

As school teachers in the community, we witnessed first hand Eric's greatest contribution to our community: his children. Each of them have the intelligence, work ethic, and character to make an incredible impact on our world.  Through his long tenure as an engineer at Goodyear Tire & Rubber Company, we learned that in addition to his job responsibilities, he volunteers as a mentor to disadvantaged youth in Akron.

To say that we were shocked by the allegations levied against him is an understatement. It is our hope that the American justice system will prevail in uncovering the truth so that Eric Nshimiye and his family can continue to live in peace on our quiet street in Uniontown Ohio.

Sincerely,


Matthew C. Ile                          Lisa C. Ile

**Re**: **Letter of Support for the release of Mr. Nshimiye**

To Whom It May Concern:

I am writing this letter to support a temporary release of Mr. Eric Nshimiye so he can work on his case freely. As an individual with exceptional character and service to the community, I believe Mr. shimiye is neither a danger to the community nor a flight risk.

I got to know Mr Nshimiye  while working on my graduate work at the University of Akron in 2006 and I keep following him and his civic contributions in the area of community engagements.  He is a man of firm integrity demonstrated by his honesty to me and reliability in all aspect of life.  He serves his community through volunteering activities including serving in several ministries at his local catholic church and mentoring high school students in Akron schools. I am also very familiar with his recent efforts on developing a youth mentoring program designed to engage young children and provide with them support needed to excel in this rapid and changing world.

The contribution of Mr. Nshimiye to the United State economy is by far very commendable. He has worked as an electrical engineer for the Goodyear Tire& Rubber Company for over 23 years. Some of his major accomplishments include leading the efforts for the development of the rubber mixing equipment alarm management systems and machine condition monitoring system for improving machine productivity and efficiency and managing the Worldwide Mixer Supply Program.

For the above reasons, I strongly recommend that you provide Mr. Nshimiye with all opportunities for him to present his case freely.  He is a person of exceptional character, integrity, and service to the community, and I have no doubt that he will follow all instructions provided to him.

Please do not hesitate to contact me if you require any further information.

Sincerely,

*Sylvestre.T.*

Sylvestre Twagirayezu, Ph.D.
Associate professor of Chemistry

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: A Testimony on Eric Nshimiye"s Character
**Date:** Monday, March 25, 2024 10:39:40 AM

**From:** Stephen Bizimana <stephen.bizimana@gmail.com>
**Sent:** Saturday, March 23, 2024 3:29 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** A Testimony on Eric Nshimiye's Character

EXTERNAL SENDER

Dear Mr. David Johnson,

I hope this email finds you well. I write to you to share my deepest concern for, and speak on the character of, Eric Nshimiye, my uncle, whose recent arrest has left entire communities in shock and disbelief. In all my 26 years, Eric has been nothing less than a passionate role-model, a selfless family man, and a true north star for those who have been fortunate enough to know him personally.

A pillar of our Ohio Rwandan community, Eric is the one who began the Ntibarwiga Mentoring Group where he strives to steward our younger, disparate generation with a focus on family values, personal goal-setting, educational prudence, community involvement, and many other characteristics that he personally urges us all to preserve in an ever-changing world. Moreover, his future vision for the Ntibarwiga Family Foundation, which he also conceived, exemplifies his deepest intentions of stretching it beyond himself, whereby it may continue to provide life-changing opportunities and support for those struggling to get by back in his homeland and here in the States. On many occasions I have personally witnessed his resolve and determination, for he even motivated me to make myself available in these efforts in the role of meeting secretary. "As a young member of NFF who is a part of the executive committee, we are counting on you to carry the torch in the future and propel NFF to greater heights." -- a message I received from him a few weeks ago.

As an uncle, he has encouraged me throughout my life to learn, grow, and serve. I have yet to experience a time where his guiding presence was absent in my life and I truly aspire to be a man like him. My brothers and sisters and I have been blessed by his stewardship. My parents, aunts, and uncles have always held him in the most beloved regard. My cousins that he raised are true reflections of an inspired father. And the neighbors to his home all speak of the trusted and caring community member they found in him.

Given all I've said, now I fear the circumstances he currently finds himself in not only affect him, but the lives of those around him. In due time, these horrid allegations against him will be revealed as wholly fabricated. The image that some bad-faith actors have attempted to attach to his character is entirely inconsistent with the man he has proven himself to be. I just hope that he may come home and reunite with us as the justice system does its job of highlighting the truth. And while it seems that forces beyond our control have come upon him and our community, it's the resolve that has been instilled within us, in large part by him, that will show us out of these troubling times.

Please feel free to reach out for any further details that may aid his case, for there is much more that

could be said to shine light on the man that he is.

A concerned nephew,
Stephen Bizimana

**From:**     David Johnson
**To:**       Susan Corbett
**Subject:**  FW: My Opinion of Eric Nshimiye
**Date:**     Monday, March 25, 2024 10:40:03 AM

---

**From:** Epa Bizimana <epa.bizimana@gmail.com>
**Sent:** Sunday, March 24, 2024 1:59 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** My Opinion of Eric Nshimiye

EXTERNAL SENDER

Hi Mr. Johnson.

I'm finally getting around to sending you this email about Eric Nshimiye. It was great meeting you last Thursday. Thank you for sitting down with Chantal Nshimiye and myself to answer our questions amid your busy schedule.

Again, my name is Epa Bizimana. I hold a bachelor's degree in Computer Science, having worked in my field for over 15 years. Among the many hats I wear, I hold a position of Director of Engineering at a software company based in Columbus, Ohio.

Eric is my uncle, who I have known my whole life and has been a mentor and role model to me for as long as I can remember. When we were in Rwanda, I remember as a little boy looking forward to him coming home for the holidays so my older brother and I could spend time with him. He was warm to be around, and we always felt safe with him. One of the things I enjoyed the most was when Eric and his brother would ask my older brother and I various questions, and for whatever question we got right, we would accumulate a number of donuts. They would then take us to a nearby restaurant and they would buy us as many donuts our bellies could handle.

Eric is the reason I went into engineering. He's one of the people I cared to know that I made proud, and so, you can imagine how happy I was to tell him that I was going into engineering. Not only that, I chose to start my college career at The University of Akron, which is where he lived. I remember one time, Eric and I were driving back from furniture shopping after he bought his house. As we were pulling around his house, he pointed at it and said to me, "Epa, you see this? When you work hard and do things the right way, you can do this too."

For as long as I can recall, God has blessed Eric with the gift of connecting with each individual, regardless of who they are, and having a meaningful conversation. That is why he is so loved by everyone who interacts with him. In my forty years on this earth, Eric is the only person I know, who I have never heard anything negative from anyone else about him. I have heard people say negative or unfavorable things about every single person I know, including myself, but I have never heard anyone say anything negative or unfavorable about Eric.

One of the things Eric excels at is not only giving great advice to so many who look up to him, but also being a great example by living what he preaches. Most importantly, Eric gives advice without

judgement. Eric is one of (if not the only person) I can be fully vulnerable and comfortable with when seeking advice, because I know his advice comes from a humble heart and a gentle soul. The biggest advice Eric has given me is to "make sure the way you live your life on the outside aligns with how you live on the inside, so that your actions can be guided by your morals". This advice is true to Eric's character, and I don't think I have met anyone who lives it as much as he does.

Eric runs a youth mentorship program that has been running for about 2 years now. He recognizes the challenges of today, and his passion is to make sure the Rwandan youth is equipped with morals and values that will allow them to navigate the world of tomorrow. If you attended one of the sessions, you would truly see that he's in his element, and he's doing what he believes is his duty and should be taken seriously.

At the end of each year, the youth in the program have Capstone project presentations. Below are some videos from the mentorship program:

https://www.youtube.com/watch?v=NVSdNd6K-VM
https://www.youtube.com/watch?v=gLw9jLBo-k4
https://www.youtube.com/watch?v=VPrUFRtg9rg

A few months ago, when I was having a conversation with my 10-year old son, I told him that he's growing, and he's going to go through phases where he will not feel comfortable talking to me about certain things. When I told him that when that time comes, if he needs someone to talk to that is not myself, he should let me know and we'll find someone else in our family that he's comfortable talking to because we are surrounded by a large family. He then asked me, "Is Uncle Eric a good person I can go to?" I said to him "absolutely". I told him that whenever he wants to talk to Eric, he doesn't need permission from me. It just so happens that Eric is also my son's Godfather.

Eric's ties to the community go beyond being a mentor and a role model to many. He has lived in his current residence and held the same job for more than 2 decades, he's loved and leaned on by his neighbors, he's very involved in the church, which he has trained his children to do as well. Eric's involvement in the community and contributing his share to the community is part of his identity, which is part of the reason why I am convinced that if released, he will NOT be a flight risk. He is an asset to the community, not a danger.

He will follow the instructions given by the judge, and he will report wherever he needs to report, at the time he's required to report. I kindly ask that he is released so that he can work with his legal representation to fight these unjust accusations of crimes that all of us, who know Eric, know that he is unable to commit.

--
**Epa D. Bizimana**
**M:** 614-638-3774  **IG:** @ebizimana  **LI:** @epabizimana

"Shoot for the moon. If you miss, you will land among the stars." Unknown.

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshimiye
**Date:** Monday, March 25, 2024 10:41:04 AM

---

**From:** Eric Fenton <suejay2005@sbcglobal.net>
**Sent:** Sunday, March 24, 2024 2:44 PM
**To:** David Johnson <David_Johnson@fd.org>; ingach7@gmail.com
**Subject:** Eric Nshimiye

EXTERNAL SENDER

I have live in Eric's neighborhood since July 2001.  We have known Eric and his family since my daughter Julia and Eric's daughter Tiffany started playing together when they were little.

I have always know Eric to be a kind, loving man to his family.

Once my daughter did something to his youngest daughter Destiny that hurt Destiny. Eric came over and talked to me about it calmy and then let Julia come back over to play.

The neighborhood children enjoyed coming over to their house to play soccer.  We also can the end of school water fight in their yard every year.

We have gone to their son's graduation parties.

I have never seen Eric do an unkind thing in the 20 years I have know him.

Sincerely,

Susan Fenton

**From:**      David Johnson
**To:**        Susan Corbett
**Subject:**   FW: Letter for Eric N. Case
**Date:**      Monday, March 25, 2024 10:42:00 AM

---

**From:** Moldvay, Jonathan <moldvay.3@buckeyemail.osu.edu>
**Sent:** Sunday, March 24, 2024 4:41 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter for Eric N. Case

Letter for Eric N. Case,

Hello,

My name is Jonathan Moldvay and I grew up in North Canton, the school district that Nestor, one of Eric's sons, attended. I am in the same grade as Nestor and have known him as well as the Nshimiye family for as long as I can remember. We both attend St. Paul's catholic church where I would see Eric and the family almost every Sunday. I also played soccer with Nestor, so I saw the Nshimiye family multiple times a week during my time in North Canton. In terms of Eric, he is one of the nicest, respectful, encouraging well-mannered people my family and I have ever met. That description of Eric is not only limited to my thoughts but a consensus across the community. Although I knew him very well, his character remained consistent with all of his interactions no matter the individual. He greets people with a firm handshake and approaches with tons of interest whatever might be going on in your life. I find it even more commendable for what Eric has done with the children he has raised; they all can be described with the same compassion and respect that he emanates. Eric has been embracing community and kindness my entire life and I know he will continue to for the entirety of his as well. I am honored to have shared so much time with the Eric and the Nshimiye family.

Thank you,
Jonathan Moldvay

**From:**      David Johnson
**To:**        Susan Corbett
**Subject:**   FW: Letter for Erik N. Case
**Date:**      Monday, March 25, 2024 10:42:19 AM

-----Original Message-----
From: Livi Cardinale <livic313@icloud.com>
Sent: Sunday, March 24, 2024 5:08 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Letter for Erik N. Case

EXTERNAL SENDER

My name is Livi Cardinale and I've been going to school with Tiffany since grade school. We were very close before middle school and sports took us separate ways, we have always stayed in touch though. Tiffany is a beautiful human being which I believe is much from her father. I only talked to Mr. Nshimiye a handful of times, but when I first met him in 5th grade when he brought his daughter over for my birthday party, I never doubted that he was a nice man, who loved and cared for his family. Tiffany would tell me stories or jokes about him, they were never negative. In my opinion anyone who has as violent of a past as Mr. Nshimiye is accused of could definitely not function mentally to be as successful, strong, happy, or giving as Mr. Erik is. These are awful accusations especially for a man who puts his trust in God. Tiffany is such a bright young girl, and I wholeheartedly believe she is this way because of her parents. I had the privilege of coaching her little sister, Destiny, in basketball a few years back, she was such a sweet, happy girl, who didn't give up. My sister Gina, is the same age as Tiffany's older brother, Nestor. They were in the same grade and had a few classes together. Although my sister was in advanced classes, she couldn't keep up with Nestor. He is truly gifted in academics. He is a great soccer player too, just like Tiffany. Their parents have always shown support. All four of us served at the food bank together a few times as well. I know this email has been more about how I know Mr. Erik Nshimiye's children, but I believe his children are an example of him and the amazing father and person he is. If his children can't be an example of his kind personality, then look at his mental state. Criminals, especially serial killer type criminals or criminals who repeatedly do the same crime over and over, show no remorse. They have little to no empathy towards anyone. How can Mr. Nshimiye care for his kids, community, church, customers, employers, and poor previous country if he has no empathy? The answer is he couldn't. The things Mr. Erik has been accused of does not fit his or his family character, not even in the slightest. Please do not make this innocent man suffer, he is loved by people like me who haven't even had a full ten minute conversation with him, more importantly he is loved by his family. They are strong without him, but they're so much stronger with him. Please look at this case from logical angles and don't just try to pin these horrible heinous crimes on an innocent man who wouldn't help where he was born.

Thank you, with much respect,
Livi Cardinale

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: character reference for Eric Nshimiye
**Date:** Monday, March 25, 2024 10:42:56 AM

---

**From:** Eric Fenton <ericfenton82@gmail.com>
**Sent:** Sunday, March 24, 2024 5:51 PM
**To:** David Johnson <David_Johnson@fd.org>
**Cc:** ingach7@gmail.com
**Subject:** character reference for Eric Nshimiye

EXTERNAL SENDER

David,

My name is Eric Fenton. I have lived at 11027 Billingham Ave., NW, since 2001. I have known Eric Nshimiye for many years. He lives two houses from me, and he frequently assists Tom and Shirley Rice, who are the elderly couple who live between us, with lawn work.

Eric has always been cheerful and friendly when I spoke with him, and he always impressed me as a person of good character. My daughter (age 18) was friends with his daughters and frequently visited his home. He has soccer nets and a small basketball court, and the neighborhood children often gathered at his home for soccer or basketball. When his children graduated from high school, he invited neighbors, friends, and family to his home and served a large buffet meal including delicious African cuisine. He can often be seen taking walks in the neighborhood with his wife.

I am shocked by the allegations that have been made against him. Those charges are inconsistent with the person I know.

Sincerely,
Eric Fenton

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Letter For Eric N. Case
**Date:** Monday, March 25, 2024 10:43:18 AM

---

**From:** Dylan Hackett <dylanhack12@gmail.com>
**Sent:** Sunday, March 24, 2024 6:07 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter For Eric N. Case

EXTERNAL SENDER

The Nshimiye family has left a big impact on my life. Growing up throughout elementary school, Nestor and I were best friends. Playing on the same soccer team and not living too far from one another, we were both always around each other's family. I always felt welcomed when I came over to the Nshimiyes home, and was often offered their home cooked meals when I would stay. The family showed nothing but peace and love for one another, never arguing or fighting among the siblings or parents. The two younger girls would always be helped and supported by Nestor and his big brother doing their homework, or out in the front yard learning soccer skills. They are a picture perfect family, including all their children excel in their academics and their sports. All of this because of how, and whom they were raised by. Eric is an incredibly smart and hardworking man. He brought peace and love in his home and is loved by much of the community. My father and Eric were close and always talked when they got the chance. Either about their jobs or us kids, Eric always had a smile on his face and was happy to see my father and I. Such a calm and happy man is what I always thought about him. He always brought positivity and love wherever he was. As we grew up we went on with our lives but we always remained in touch. My senior year I worked at the local grocery store and Eric was frequently there shopping for his family. He always made sure to ask how my family and I was doing. He always seemed so happy and always smiled. To me Eric is the epitome of a great father, man, and neighbor. I was always so happy to see him, I loved catching up with him and hearing how his family was doing. Years pass and I hear the news from a friend and read an article titled, "Uniontown man charged for trying to hide his alleged involvement in Rwanda genocide". This all made no sense to me, I immediately texted my parents and told them what was happening. As I went back and read what they were saying Eric has done, nothing made sense to me at all. How can a man, I've known for all my life, that I've thought of so highly able to do such things. Eric is such a soft speaking man with a smile always on his face. There is no possible way Eric could've done these things. Today I sit here distraught and disgusted by what people have said in the articles about him. My family and I are hurt for the Nshimiye family and will always be there for them. Eric is a loving, caring, all about family, but most importantly now an innocent man.


Dylan Hackett

March 24, 2024

To david_johnson@fd.org

I have been invited by friends of ERIC NSHIMYE and his family to write this letter In behalf of Eric from my perspective as his Pastor of St. Paul Parish in North Canton, Ohio.

I first met Eric and his family when they registered at the parish in 2004.  [I retired that position five years ago in July, 2019.  I have not been in contact with Eric since those years.]

 Throughout my tenure as pastor, Eric, his wife and children attended weekly Sunday masses. The young children were always respectful and well-behaved during those services which can sometimes be a challenge for the very young.  They were always handsome family, well-dressed and smiling.

At one time during my years at St. Paul's, Eric did share with me that he had escaped from Rwanda at the time of the civil unrest and the horrible genocide war, but there was no indication that he had taken an aggressive role in that awful massacre.

I have not had contact with him or his family since I retired in 2019.   I have been recently made aware of the surprise, shock and disbelief of other parishioners who worked with Eric at Goodyear, as well as with some of the parish staff who regard Eric and his family to be excellent parishioners.

Like Eric's family and friends, I hope and I am praying that the federal allegations are not accurate nor complete.

Sincerely yours,


Rev. Msgr. James A. Clarke

Senior Priest – Retired

M. Jane Upperman, CPA
2359 Rohrer St NW
North Canton, Ohio 44720
330-415-7739
janeupperman@gmail.com

---

March 24, 2024

To Whom It May Concern,

I am writing this letter to show support for Eric Nshimiye. Eric is innocent of the horrendous crimes he has been wrongfully charged with. I strongly support his release while his case is being conducted. Eric and his entire family are upstanding citizens. He and his wife are kind and compassionate people. Their children are stellar in the classroom and are truly young people of amazing character. He is a hardworking father and contributing member of our local community.

 I have known Eric and his family for over five years when our sons began playing soccer together. I was highly active in the North Canton Soccer Boosters and Eric was always present at every game and tournament supporting the boys in any and every way. I have a special needs son who would walk over to Eric and climb up into his lap during the games. Eric always welcomed him and was kind and gentle with him. He is truly a person of high moral character. He and his family are active members of a local church and he is a man of faith.

In conclusion, I believe wholeheartedly in Eric's innocence and believe he should be released from custody. Eric does not hold any threat to the local community and being a dedicated father and husband he is not a flight risk.

Sincerely,

M. Jane Upperman CPA

330-415-7739

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Letter for Eric N. Case
**Date:** Monday, March 25, 2024 10:56:56 AM

---

**From:** mjmoldvay@sbcglobal.net <mjmoldvay@sbcglobal.net>
**Sent:** Sunday, March 24, 2024 10:19 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter for Eric N. Case

EXTERNAL SENDER

Dear Mr. Johnson,

We are writing on behalf of Eric Nshimiye to testify to the character of the man and family we have known since approximately 2010. We met Eric and his family as our 2 sons began playing North Canton YMCA soccer with Eric's 2 sons who are the same age as our boys. We have always known Eric to be a kind, gentle natured man who is always polite and friendly. Our sons grew up and played soccer together through 2022, transitioning from YMCA soccer to club soccer and then on to high school soccer, graduating from North Canton Hoover High School and are still in contact in college.

The Nshimiye family attends St. Paul Catholic Church in North Canton regularly (as does our family) and Eric is a Eucharistic Minister, distributing Holy Communion to parishioners at mass. Julie taught 3 of his 4 children in religious education at St.Paul's. Throughout the 10 plus years we have known Eric through our involvement with soccer and church, we have never once witnessed any behavior besides a kind, gentle, faithful family man, who is always a pleasure to talk to and have never had any reservations about our sons being friends with his sons or associating with the Nshimiye family.

We believe the court should rule to release Eric to his home and family as this trial proceeds as we believe that being the man of faith that Eric has displayed that he is, Eric is not a danger to our community or a flight risk while he is awaiting trial.

Sincerely,

Michael & Julie Moldvay

**From:**      David Johnson
**To:**        Susan Corbett
**Subject:**   FW: Eric Nshimiye
**Date:**      Monday, March 25, 2024 10:57:33 AM

-----Original Message-----
From: Erin Horning <erin_horning@yahoo.com>
Sent: Monday, March 25, 2024 8:40 AM
To: David Johnson <David_Johnson@fd.org>
Cc: ingach7@gmail.com
Subject: Eric Nshimiye

EXTERNAL SENDER

Hello,

We have been neighbors of the Nshimiyes since they moved into our neighborhood about 20 years ago. They have always been very  friendly and generally kind and helpful neighbors.  Eric always has a smile and a wave for his neighbors on his daily walks around the neighborhood and will occasionally stop to ask about the kids or how things are going or even for some advice on keeping weeds out of his lawn or to ask for help trimming trees.

 We attended the same church and some of our children are the same ages so we would carpool to our children's activities. Eric would do most of the driving because at that time Chantal was in school and very busy. We have celebrated with them thru the years our children's accomplishments, First communions, graduations, sports and musical events.

Eric and Chantal have raised amazing, intelligent, kind and very talented children. They have offered a lot to our community thru community service projects while in the National Honor Society.

We both have daughters graduating from high school in a little over a month, with some award ceremonies along the way and I hope for his daughters sake that he is able to be there for her and to celebrate all her accomplishments.


Thank you,
Ron and Erin Horning

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Character Letter - Eric
**Date:** Monday, March 25, 2024 10:57:52 AM

---

**From:** Robert Smart <robert.smart14@gmail.com>
**Sent:** Monday, March 25, 2024 9:25 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Character Letter - Eric

EXTERNAL SENDER

To Whom It May Concern,

We have known Eric Nshimiye for over 10 years. We met him when our oldest child played soccer with his sons, Nestor & Tresor, on a YMCA soccer team. From what we have witnessed since we met him, Eric is a kind man whose focus has been around his family, his community and helping others. I have seen him dedicate his time coaching, supporting, encouraging not only his sons but other players.

Eric and his family are members of St. Paul's Parish in North Canton, and we have sat across from them every week at Mass for years. To us, he has always seemed an example of someone living out their faith and instilling the same principles in his children. His children have all been altar servers alongside our son, and one of his sons is pursuing a life of faith in the Catholic church after college. Eric is also a Eucharistic minister for the parish.

Eric and his family have been a present and positive influence in our community ever since we have known him. We have always felt blessed to have them in our community and parish.

Sincerely,

Bob & Jamie Smart

March 24, 2024

Subject: Eric Nshimiye

To whom it may concern,

We are writing today to tell you what we know about Eric Nshimiye who is our neighbor and friend. We have been neighbors for almost 21 years. We met soon after they moved in as we were both outside walking with our young children. Since then our interactions have been numerous and frequent and have included neighborhood parties, play dates, grad parties, confirmation celebrations, chats on the street and dinners and campfires at our house. In addition, our children went to school with their children and I (Jennifer) coached three of their 4 children for several years when they competed in the FIRST Lego League.

Knowing Eric as a neighbor and fellow parent has been nothing but positive. And, he and his wife Chantal, are raising wonderful people. Their kids are talented, smart, kind and respectful. They treat others well. We can't say enough about how wonderful it has been to have the Nshimiye family as neighbors.

Since the first time we met him, Eric has been an open, caring, positive, gentle individual who really cares about his neighbors as we do about him. We know from all of our many interactions over the years and how he talks to and listens to his wife and his children that he is a loving father and husband.

It is our strong hope that he will be able to await future court proceedings while at home. His family needs him and we are very sure that he will cooperate with the requirements of the court system. We would welcome him back home if given the chance.

We are glad to have this opportunity to tell you what we know about Eric Nshimiye.

Sincerely,

Jennifer Zylko
Brian Zylko
10950 Billingham Ave NW, Uniontown, OH  44685
330-494-1479 (H)
jpzylko@gmail.com

March 24, 2024

To Whom It May Concern,

My husband and myself have known Eric Nshimiye and his family since they moved to this area and became our next-door neighbors around 2003.

Eric has always been a friendly person.  No one could ask for a better neighbor.  Anytime we needed help we knew we could count on him.

We have always seen Eric as an outstanding husband and father.  We can not say anything bad about Eric.

We hope that this matter will be settled soon.

Yours,

Shirley and Tom Rice

**From:** David Johnson
**To:** Susan Corbett
**Subject:** Fw: Eric Nshimiye
**Date:** Monday, March 25, 2024 12:02:52 PM

---

**From:** Weng Fatt Choy <wchoy60@gmail.com>
**Sent:** Monday, March 25, 2024 11:35:25 AM
**To:** David Johnson
**Subject:** Eric Nshimiye

EXTERNAL SENDER

I wish to put in a few words for Eric.
Like most of the people who know him, I am totally shocked by the accusation against him.

I have known him as a co-worker for the past 20 years.
Throughout this time, he came across as a true gentleman who is hardly the violent type. This is the complete opposite of what the media painted him to be.

He works well with his team members, was very constructive and co-operate well in our team. He did not show any temper or any unreasonable behavior to his co-workers. He was a very approachable and helpful person to work with.

In his personal life, he was a man of God as he and his family are very reiigious.
I had the opportunity to be invited by him and his family to family events like his childrens' baptism and high school graduation party. During those occasions, I could see they had many relatives and friends celebrating with them too.

As a conclusion, to me, this accusation can hardly be believable.
Thanks for your time.

**From:** David Johnson
**To:** Susan Corbett
**Subject:** Fw: Eric Nshimiye
**Date:** Monday, March 25, 2024 12:04:02 PM

---

**From:** Jeff McLeod <jeffmmcleod@gmail.com>
**Sent:** Monday, March 25, 2024 11:46:49 AM
**To:** David Johnson
**Subject:** Eric Nshimiye

EXTERNAL SENDER

I want to express how shocked my family has been with the accusations made about Eric.  Eric and my family have been together many days and many hours for travel soccer as his youngest son and my oldest were on the same team since they were in elementary school and now are twenty years old.  We have found Eric to be nothing but kind, always asking how we are and how both of my sons were doing.  There has never been a hint of anger or even frustration at any moment, kindness and compassion were the overwhelming feelings when we were around him.  Never did he see me that he didn't shake my hand and ask how am I doing.

Shocked is not a strong enough word to express what we felt when we read the accusations.  This cannot possibly be the Eric that we have known for years.  I ask that this communication be considered in any way possible to help Eric's case.
We in the community look forward to having him back.

Jeffrey McLeod, O.D.
LaVon McLeod

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric N. Case
**Date:** Monday, March 25, 2024 1:45:04 PM

-----Original Message-----
From: Mary Hackett <babehackett@icloud.com>
Sent: Monday, March 25, 2024 1:35 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Eric N. Case

EXTERNAL SENDER

Your Honor, Atty Johnson & To Whom it may concern:

I/we have known the Nshimiye family for 13 years, and it has been an honor to call them our friends. Eric is a proud family man & takes much pride. In the years of us being friends and our children, I have Never witnessed any viotile behavior from Eric-from kids sporting events to everyday life, he never raised his voice, seen him upset or disturbed, let alone hear him curse. Eric has always kept his composure, smile, a being a man to look up to for guidance. Eric is also a very hardworking, family provider, kind-hearted man.

May God Bless him & his family,

Love, Prayers & Strength to all.

Thank You,

Mary Hackett


Sent from my iPhone

March 25, 2024

Paul Smith
10970 Billingham Ave NW
Uniontown, OH 44685

Magistrate Judge Carmen Henderson
U.S. District Court
Northern District of Ohio
125 Market Street
Youngstown, OH 44503

      Re: Eric Nshimiye

Your Honorable Magistrate Henderson,

I have known and resided next to Eric Nshimiye for over 20 years.  In that time I feel I have gotten to know Eric and his family very well.

I am extremely surprised and disturbed at the recent allegations and charges that have been brought forth. Yes, the Rwandan events of the 1994 Genocide are horrific!  However, to accuse a person as to be the perpetrator is unjust. Regardless of innocence or guilt, the Justice Department's news release, along with the reports from media outlets, have damaged this family's image and future, possibly for life.

The Eric Nshimiye that I know has been and is a great neighbor, father and husband.  He is responsible for raising 4 great children! Honor students!  2 of which are currently attending Ivy League schools with the other two following suit in High School.  We have attended events at his residence and never have I felt as if something was eerily out of place or misrepresented. He has never denied his origins and has talked openly of the struggles of living in a Third World Country.

I hope and pray that this is a case of mistaken identity!

Extraditing Eric to Boston and keeping him detained, in my opinion, will not serve Eric or his family well.  Allowing Eric to be released, even with monitoring, will better allow Eric to support his family and help prepare his defense. Prior to his arrest he was gainfully employed and made a good income. An income that will help him, his family and his defense.

It is for these reasons I ask your honor that you consider bail for Eric and allow him to maintain his residence in Ohio until which time he is needed in Boston.


Respectfully submitted,

Paul Smith

Nadine Kazuba
2930-E Royal Troon way
Beavercreek, OH 45324
March 25, 2024

Your Honour,

I am writing this letter as a character reference for Eric Nshimiye. I have known Eric Nshimiye since I was 18 years old in 1999 when I landed in USA myself as a young Rwandan Refugee from Rwanda. I am confident to say that Eric Nshimiye is a person of good character.

Eric Nshimiye is one of the first person in Rwandan community my family and I met when we arrived in USA. Eric was helpful in helping us navigate the new culture in USA, by providing help such as transportation needed for things of activities of daily living, encouraging and giving us advices on how to succeed whether academically, professionally, and in our daily lives in the new culture. I remember Eric taking part in our Rwandan refugee youth summit as a speaker, encouraging us and giving us advices on how to contribute and be a part of the new society as new refugees. Eric always reminded us that our horrible experiences of war in Rwanda should not discourage us from perseverance and becoming successful. Eric was a great role model for us who were young then, as he was among the first refugees in Rwandan community to graduate college and entering the professional world at the time, something we felt like it was almost impossible for new refugees with different barriers such as language. His advices and work ethics have inspired me to succeed and adjust to the new culture that I am proud and happy to be a part of.

I truly believe that Eric Nshimiye is a valuable member of our society, and has made a big impact by inspiring and helping others. I believe that Eric deserves a pretrial release as he has demonstrated good character since I have known him.

Your Honour, I hope you will take this statement in consideration and grant Eric Nshimiye a release from custody while waiting for trial.

Sincerely,
Nadine Kazuba



**Saint Paul Catholic Parish**
LOVE • SERVE • WORSHIP

David E. Johnson
Assistant Federal Public Defender
1660 West Second Street
Skylight Office Tower, #750
Cleveland, OH 44113

Dear Mr. Johnson,

It is with hope for and consideration of Eric Nshimiye and his family that I write this letter of character reference for him. This is such a valued family in our church and community, and I wanted to be sure to highlight Mr. Nshimiye's contributions.

Eric and his family have always been very involved in our parish. All of his kids attended religious education classes on Sundays, and Eric and his wife came to all the family events offered within the religious education program. Eric has been an Extraordinary Minister of the Eucharist at our parish, and has volunteered in many other ways throughout the years. The family attends church regularly every Sunday and the kids have all been altar servers. Eric and his family are loved within the church community. A lot of people look up to them as role models for the faith. They have raised wonderful children, all very smart, kind and generous.

Sincerely,

*Dustine May*

**Dustine May**
**Director of Children's Faith Formation & Sacrament Preparation**
**St. Paul Catholic Church**
**241 S. Main St.**
**North Canton, OH 44720**
**330-499-2201 ext. 107**



Saint Paul Catholic Parish
LOVE • SERVE • WORSHIP

**From:**   David Johnson
**To:**     Susan Corbett
**Subject:** FW: Letter of Solidarity
**Date:**   Tuesday, March 26, 2024 7:20:43 AM

---

**From:** Olivia Nsenga <onsenga61@gmail.com>
**Sent:** Monday, March 25, 2024 8:18 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter of Solidarity

EXTERNAL SENDER

Hello,

My name is Olivia and I am one of Eric Nshimiye's nieces. My uncle Eric is one of my closet relatives who I view as my second father, his kids, my siblings, and I are very close with one another as we consider each other as best friends aside from just cousins. My uncle has an amazing character, as he has never excluded anyone from anything. I used to go to his house during my spring breaks because its truly one of my favorite places to be. And, I've never observed a bad encounter with him and any of his neighbors. With any family event going on at his house he made a point to always invite his resident community to enjoy themselves and our culture. He is one of the most devoted catholics, I've ever encountered and teaches his kids to follow along. He brings his faith everywhere he goes and tries to make people feel included for those who aren't familar or maybe uncomfortable. I appreciate everything he's done for me and my family as my uncle and I believe he deserves to be heard. He's never given me any kind of doubt of who he is, as he's a good father, a faithful catholic, and an amazing mentor.

Sincerely,

Olivia U.L.

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Letter for Eric N. Case |
| **Date:** | Tuesday, March 26, 2024 7:21:16 AM |

-----Original Message-----
From: Stella Mutoni <stellamutoni@icloud.com>
Sent: Monday, March 25, 2024 8:38 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Letter for Eric N. Case

EXTERNAL SENDER

Hello,

My name is Stella Mutoni, I live in Texas, and I'm the niece of Eric Nshimiye. I am speaking on behalf of my family when I say we're utterly devastated by the recent news of the allegations against Eric. Personally, I'm not extremely close with my uncle but in the times I've visited him in Ohio, I can say without a doubt that he is a good man. I don't believe for a split second the lies and atrocities that are being said about him. My uncle has always been so welcoming, kind, and loving. He works hard for his family and gives them the best of opportunities and his children are flourishing. My cousins are some of the best people I know and they were raised by a loving, caring, and good father. Not the monster and criminal that news articles are painting him out to be. I could never ever imagine my uncle doing the things he's being charged for. I can only pray to God that my uncle be released as soon as possible. The Rwandan Genocide has affected my family for long enough and it's time that we be left in peace. My uncle is an innocent man. Please release him. Thank you.

Sincerely,
Stella Mutoni and Her Family

Krista Smith
10970 Billingham Ave NW
Uniontown, OH 44685

March 25, 2024

RE: Eric Nshimiye: Character Statement

To Whom It May Concern,

I am writing this letter to convey my hope that Eric Nshimiye be released to return home while his legal issues make their way through the courts.  Further, I want to state that I strongly believe that arresting him was a mistake, and that he will be exonerated.

I have lived across the street from the Nshimiye family for more than 17 years. Eric and his wife are long-time residents of our neighborhood having lived in their house before I moved into the neighborhood. They have a stable and happy home. I have gotten to know the entire family well. Our children have grown up together. We have a pool and Nshimiye's have a soccer field and basketball court. The Nshimiye kids, my kids, and many other kids in our neighborhood, have freely moved between our homes swimming one moment then off to play soccer the next.  We have enjoyed many gatherings around campfires together over the years.  We have attended graduation and confirmation parties for their children. They have been part of those same celebrations for our children.  Eric hosts a large barbeque party each year where we have met their extended family.  Eric has been a fabulous neighbor. He is kind, friendly and always ready with a laugh or a wave.  I have always trusted Eric with my children and will continue to trust him. Never has Eric done anything that would suggest that he is concealing anything, hiding from anyone, or lying about anything.

Eric has spoken freely of having immigrated from Rwanda.  His wife of many years also fled Rwanda. He and his wife met in Ohio and have a loving, committed relationship. Their four children are exceptional: one attends Harvard, one attends Duke, and the two who remain at home are often in local news as having won awards for academics and extra-curricular activities.  He is an exemplary father and husband. The outstanding success of their children speaks volumes about the support and stability of their home.  A father hiding and lying could not consistently provide that level of stability for his family.

Eric has been employed at the same company, Goodyear Tire and Rubber, for longer than I have known him.  He has done very well in his job and has supported his family.  The Nshimiye family is active in their church and in the community. Eric attends school events in which his children are involved.  His family has established a charitable foundation. Eric has deep roots in our community and is well-respected.  A person hiding and lying would not have planted these kinds of roots.

Eric Nshimiye should be at home with his family. He should not be held in jail while awaiting trial.  The news media has portrayed him as something that is not what he is. He is not a person who is going to flee the country or hide from anything. He is rooted in his family and community. He is an honest man who has behaved with the highest integrity.  It is my hope that he is permitted to return home where he can be with his family as this is worked out and he is exonerated from these charges.

Sincerely,

Krista Smith

3/25/2024

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Letter for Eric N. Case
**Date:** Tuesday, March 26, 2024 7:23:46 AM

---

**From:** Bernadette Murorunkwere <berymurore@gmail.com>
**Sent:** Monday, March 25, 2024 9:09 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter for Eric N. Case

EXTERNAL SENDER

Dear Mr.Johnson,

My name is Bernadette and I'm the sister in-law of Eric Nshimiye. I am very devastated by the news of Eric's case. I want to inform the court that Eric is an innocent man and he could never commit the crimes being charged against him. I've known Eric for more than 20 years and he could never hurt a fly or even a cockroach. He is very nice, generous, enthusiastic, and loving man. He helps his community in so many good ways. He's a good Christian man. It's deplorable that US Justice could believe the lies from people who have intentions to destroy peoples lives. To destroy Eric's character, his wife and kids, and his extended family. They've disregarded his humongous role in his community, family, and in the country. He is not a criminal. We could never imagine why anyone would want to lie about him in this despicable way. We encourage that prosecutors do a thorough investigation and bring justice to Eric. Please do not only believe terrible Rwandese propaganda. The Rwandan Government has been targeting refugees who fled from the Rwandan Genocide in 1994 and it's devastating that Eric has become one of those people. We request his immediate release so Eric can go home and take care of his wife and children. Thank you.

Sincerely,
Bernadette Murorunkwere

Uncle Eric Nshimiye has always been a good person. He has always been a great person to go to for any advice. Me being 14 years old, he's played a very important role as being someone I look up to as my uncle because he has always shown ways of how to be courageous, strong, and many more impactful attributes. He has always been a person I've seen as a second father figure ever since I was a baby till now as a teenager. He's always there to help, give good advice, and make everyone feel strong. He's the kind of person you're lucky to have in your corner, cheering you on and helping you grow. He's not just family; he's a true friend to everyone. People look up to him because he's always doing good things and making everyone feel like they can do anything.

Uncle Eric, with his constant support and wisdom, enriches our lives in so many ways.

Sincerely, Jaden Ella

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Letter of Support - Eric Nshimiye |
| **Date:** | Tuesday, March 26, 2024 7:26:44 AM |

**From:** Christopher Pfeiffer <c.d.pfeiffer@hotmail.com>
**Sent:** Monday, March 25, 2024 10:07 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter of Support - Eric Nshimiye

To Whom It May Concern,

I am writing to you in support of Mr. Eric Nshimiye and to provide you with examples of how I have perceived and experienced Eric's character throughout the time that I have known Eric.

For the past ~12 years, I have worked alongside of Eric in my role as a Mechanical Engineer within the Global Engineering Team as part of my employment with The Goodyear Tire & Rubber Company.  Eric and I have worked together in the same department within Goodyear since I joined the company in 2011 and for ~5 of those years I was seated at a cubicle directly adjacent to Eric.

During my time at Goodyear, Eric and I have worked very closely together as we executed our assigned tasks on various projects, and collaborated together on various programs and R&D initiatives.  My collaboration with Eric would involve frequent in-person communication and coordination, and sometimes travel.  Eric and I would frequently communicate on a daily basis and there was hardly a week where I would not talk to Eric about our work or what was happening in our lives.  Over the years, Eric has been a trusted co-worker and friend.  He has become someone that I can rely on and trust to get the job done and he has proven himself to be a hard worker and a good problem solver.  He is also someone that personally helped to mentor and coach me when I was new at Goodyear as he was ~10 years my senior when I first joined the company.   When Eric and I were not discussing work, we would often talk about our families and the joys and struggles of raising children.  From our conversations, I could tell that Eric was a loving father and husband by the way he spoke of his family and also by his personal conversations that I could overhear during the time where we sat adjacent to each other.

When I heard the news of Eric's arrest last Thursday, I was deeply surprised. When I read the details of the accusations against him, I was in a state of utter shock and disbelief.  It was, and is still, hard for me to believe and reconcile that the person described in the allegations could be the person I have known for the last 12 years.  I have never known Eric to show anger or violence in any way. It would have been surprising to even hear someone claim unfair treatment or hurtful comments by Eric, let alone acts of violence. Through our work together,

I have had the chance to observe Eric's actions outside of the office place on project construction sites where the environment can be stressful at times.  Because of the nature of our  work, on large, critical projects, Eric and I have been in stressful situations together where we have been behind schedule or encountered contractors who made mistakes or have otherwise underperformed.  Even in those stressful situations, when Eric was under a lot of stress and pressure, I have observed that Eric has always demonstrated a calm and professional demeanor.

As for the specific allegations against Eric, I cannot  make any comments or offer any perspective. I only knew that Eric was a refugee from Rwanda and due to the sensitive and difficult nature of what happened in his country at that time, we never discussed that portion of his life prior to him going to school in Dayton, OH.   However, as I think about the allegations against Eric, I have come to my own personal conclusion that regardless of the outcome of this case, Eric is a different man today than he was thirty years ago.

I hope that this letter of support is helpful to you and to those who are considering if Eric should be released as he awaits trial.  I know that Eric has a wife and a family that depend on him in many ways and I hope he would be able to return to be with his family as he works through this difficult process.  I believe that the good and trustworthy character that Eric has exhibited since he has been in the USA should earn him the right to be allowed to maintain some of his freedoms until there is a decisive verdict in his case.

Respectfully submitted,

Christopher Pfeiffer
659 N Hametown Rd.
Akron, Oh 44333
Ph. 703-300-8144
c.d.pfeiffer@hotmail.com

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Justice for Eric Nshimiye |
| **Date:** | Tuesday, March 26, 2024 7:27:09 AM |

---

**From:** Oliver Sangwa <sangwaoliver@yahoo.com>
**Sent:** Tuesday, March 26, 2024 1:30 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Justice for Eric Nshimiye

EXTERNAL SENDER

To whom it may concern,

I write this letter to attest that Eric Nshimiye was wrongfully convicted. He is beloved not only amongst his family but also in his community. He is a leader in his place of employment with Goodyear Tire and Rubber Company where he is a Principal Engineer in the Global Engineering Department. Eric always seeks to uplift his communtiy such as with his foundation called the Ntibirwiga family foundation where he activily works to mentor young immigrant youth and assist them with academic scholarships. The mission of his foundation can be publically viewed at https://thentibarwigafamilyfoundation.org/eric-nshimiye/

Eric is an outstanding citizen and a man of integrity who always seek to better his local communtiy as well as his global community. He is the father to four talented and outstanding children with his sons Tresor and Nestor and his daughters Tiffany and Destiny. They take after their father in being active and productive members of their communty. Eric Nshimiye is a key and pivatol figure in so many peoples lives and is an individual who stands against any injustice and human rights violations.

Sincerely,

Oliver Sangwa BSN, RN
512-902-7063

Regis Murenzi

7502 Elm Trail Dr

San Antonio, Tx 78244

Cell:210-518-8567

Email: rmurenzi15@gmail.com

March 26,2024

Federal Public Defender

Northern District of Ohio

1600 West Second Street

Skylight Office Tower # 750

Cleveland , OH 44113

**RE: Character witness of Eric Nshimiye**

Dear Sir/ Madam,

I am writing about Eric Nshimiye who is appearing before the court due to charges against him. I have known Eric for more than 30 years and in that time, I have seen as a person of a good moral character, a family man, a Christian dedicated to the community harmony.

I feel strongly about Eric's future and his family, and I believe that whoever has known him feels the same way. Considering his integrity and commitment to his family, Eric is not a danger to the community, he cannot obstruct justice or escape.

While He battles for his innocence, the court should recognize his true character and make a fair decision.

Signed,

**Regis Murenzi**

**From:** David Johnson
**To:** Susan Corbett
**Subject:** Fw: Letter for Eric N. Case
**Date:** Tuesday, March 26, 2024 2:53:14 PM

---

**From:** Dede Logan <dede.logan@gmail.com>
**Sent:** Tuesday, March 26, 2024 12:45:42 PM
**To:** David Johnson
**Cc:** ICEhusband (Andy); Taylor Logan; Drew Logan
**Subject:** Letter for Eric N. Case

EXTERNAL SENDER

We have known the Nshimiye's since 2011 when our kids were in school together.  Our youngest son and Nestor became good friends at Greentown elementary school.  We trusted the Nshimeye's with our son as he would go over and play at their house and attend birthday parties. They remain close friends in middle school and into high school talking about soccer and working on class projects together.

Our daughter and Tresor were in gifted classes together starting in 5th grade all the way through high school.  We enjoyed seeing the Nshimiye family over the years at school events and award ceremonies.

The Nshimiye's are gracious kind people that have raised intelligent, kind children.

Through seeing each other at school events I came to know Eric Nshimiye.  We both work at Goodyear Tire and Rubber Company.  He is on the engineering side and I am on the corporate side of the business so we do not have any meetings in common.  When Goodyear had a bring your kids to work day we arranged to eat lunch together with our kids.

Our daughter and son pleaded that we write this letter to show our support for Eric during his trial.  We are all praying for Eric and the family and that he is given a just trial.

The Logan family supports Eric and the Nshimiye family and hope he is able to be released on bail during the trial and is acquitted of these horrible charges.

The Logan's - Andy, Dede, Taylor, Drew

Theophile Murayi

7114 Perrywood Rd

Upper Marlboro, MD 20772

Tel:443-980-4676


Re/A letter of support for Eric Nshimiye


Attention: David Johnson

Defending attorney


I, Theophile Murayi and my family are deeply saddened to hear the arrest of our good friend Eric Nshimiye on Rwandan genocide related charges.  Although I cannot bear witness for what he did or did not do during the genocide, I can confidently say that these accusations are in stark contrast with the person we've known for over 20 years.

A very religious man, Eric Nshimiye has been solicited by many Rwandan families, including our own extended family, in Ohio and across the nation to be their sons and daughters' godfather because he not only believes in the tenets of our Christian faith but he also serves as an inspiration to everyone who gets a chance to listen to him professing his faith and the morals that ensue that choice.  His dedication to his family and his community made him the beacon that shines on the hill of our Rwandan communities making each Rwandan boy and girl wanting to be just like his children while he remains the sure refuge for help and advice for all adults in our community.  A man of integrity, you can count on him in each and every endeavor you share.  This is probably why he was so successful at his work as an engineer with the Ohio Goodyear tire company.

It incumbers to the prosecutors and judges in this case to make sure he is accused and defended responsibly and that he doesn't fall victim of the many false cases Kigali continues to build against any Rwandan who fled the Rwandan Patriotic Front tyranny as we powerlessly continue to watch falsehood send Rwandans to prison in multiple unruly genocide cases against members of the Rwandan diaspora such as Beatrice Munyenyezi, Leonard Teganya, Leopold Munyakazi, and a retired pastor of Wichita Kansas just to name a few.

Hoping that his defense attorneys will take time to study and investigate fully all charges leveled against Eric Nshimiye we thank you for taking his case and ask you to please not fall in the trap of falsehood propagated by Kigali around these most serious charges of committing genocide when in fact they are just carrying out simple acts of revenge against innocent Rwandans simply because they escaped their former and current atrocities and injustices in Rwanda.


Sincerely,

Theophile Murayi

Eric Nshimiye's Friend

March 26, 2024

Diane Allchin
10863 Billingham Ave NW
Uniontown, OH 44685

To the Honorable Judge,

My name is Diane Allchin and I am a neighbor of Eric Nshimiye.  I have known Eric for 21 years as a neighbor and a friend. He has always been a caring and upstanding individual in my community.

Eric is an intelligent and respectful individual. His warm smile and genuine caring nature allowed our friendship grow. He is a trusted neighbor and exhibits integrity and commitment to his community.  Eric and Chantal's four children are active in their school, sports and church. Their house is always open to friends and family.

Eric has maintained employment at Goodyear during the time I have known him.  I believe he is a trusted and valued employee. I find him to be worldly and knowledgeable, always bringing a thoughtful and discerning nature to our conversations.

Eric is above all else a loving father and husband.  It is truly who he is day and out.

I hope this letter will convince the court that Eric Nshimiye is a trustworthy person of integrity and exhibits commitment to his family and community.

Respectfully,

*Diane Allchin*

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | Fw: Eric Nshimiye |
| **Date:** | Tuesday, March 26, 2024 8:22:08 PM |

---

**From:** Dr J C Kline <jcklinedds@gmail.com>
**Sent:** Tuesday, March 26, 2024 7:16:07 PM
**To:** David Johnson
**Subject:** Eric Nshimiye

EXTERNAL SENDER

To whom it may concern,

    In response to Chantal Nshimiye's request I offer my sentiments as to my relationship with her husband Eric.

    Eric has been a dental patient of mine since the year 2000.  Soon after, he brought his wife Chantal to join our practice also.  From the very beginning Eric was always a pleasant gentleman. Like many other patients he most likely appointed first so he could screen us and feel comfortable entrusting us with his wife's care (which ultimately led to each of his four children becoming patients of ours  (I speak of "ours" because the practice is of myself and my wife , who is also a dentist).  Both my wife and I enjoyed seeing the Nshimiye family regularly.  It's was obvious their family life was a loving one. I could see the mutual respect they displayed for each other as Eric and his wife would accompany and support the children during those visits.  Like Eric, the children were well behaved, respectful, and studious.  For twenty four years my staff and I have enjoyed them all.

Having been a practicing dentist for over 50 years I've come to be a pretty good judge of character.

Best part of my job is the being able to know so many good people, and at the same time being  able to hone my skills when sizing up individuals. I sincerely feel that I know Eric to be a good man.

Sincerely,
Dr John C Kline.

My name is Joanne Decker.  I am a retired educator having taught for thirty-eight years…three at Strasburg Local Schools and thirty-five in the Dover City Schools District.  I have a Bachelor's Degree in Elementary and Special Education from Kent State University as well as a Master's Degree in Educational Administration from Ashland University.

I continue to have a contractual agreement with the Dover City School District every year since I retired  as a substitute teacher as well as part of a testing team to administer a state English Language Proficiency Test.

In addition, I have been the Coordinator of the Mass Server Ministry at St. Paul Catholic Church in North Canton, Ohio for the past twenty-five years.  It is through this ministry that I came to know Eric Nshimiye.  He and his family have attended St. Paul Catholic Church for many years.  I became acquainted with Eric in 2012 when his oldest son, Tresor, was ten years old and wanted to become a Mass server.  I was in regular contact with the Nshimiyes by phone, email and in person for Mass server scheduling, substituting, and special events at the church where servers are needed.  Subsequently, Eric's other three children have become Mass Servers so I have been in touch with Eric on a very regular basis.  His two daughters are currently Mass Servers.  The responsibility, dependability and dedication of Eric and his family is truly exemplary!  They attend Mass most every weekend which I can absolutely attest because they sit in front of us at 9:30 Mass.  It is very obvious that Eric has instilled an excellent value system in his children because not only do they serve at their regularly scheduled weekend Masses but will always step up and volunteer for extra Masses and Services at the church when servers are needed.  Eric and Chantel are always accompanying their children to church for these endeavors.

Eric is the kind of parishioner that a Church is so thrilled to have.  He truly is personable, kind, caring and would do anything for anyone.

He, too, is involved himself as a Eucharist Minister…lay people who help distribute Holy Communion at Mass.

Eric and his family are true assets to St. Paul Church.  Anytime there is a need they are there to help out with whatever needs done!

It has been such a pleasure working with Eric and his family for the good of our parish!


Respectfully,
Joanne Decker
Coordinator of Mass Server Ministry
St. Paul Catholic Church
North Canton, Ohio 44720

My name is David Decker from Massillon, Ohio.  I am a retired Director of Human Resources of 35 years, having spent my entire career in manufacturing and related industries with major organizations.  Prior to the Human Resources portion of my career, I held a number of manufacturing support positions.  I have a Bachlor's Degree in Mechanical Engineering Technology, as well as a Master's in Business Administration.

I have known Eric Nshimiye for approximately 12 years.  I first became acquainted with Eric through our church's Mass Server Ministry which my wife has lead for over 25 years at St. Paul Catholic Church in North Canton, Ohio.  Subsequently, I have had regular interaction with Eric as I am a Sunday Mass Coordinator for St. Paul Parish and Eric serves as an Extraordinary Minister of Holy Communion, which is a lay person appointed by a priest, to assist in distributing Holy Communion to the faithful.

I know from my own experience with Eric, as well as from the experiences of my wife, of Eric's dedication to his faith and family values.  Eric and his family regularly attend the same Sunday Mass as us and I have experienced first-hand how quickly and selflessly he has volunteered to assist with the needs of our parish.  I have found him to be extremely personable, passionate about serving the Church and caring.

Eric is the type of person much needed in today's church community.

It is a pleasure working with Eric and his family.


Respectfully,
David A. Decker

**From:**      David Johnson
**To:**        Susan Corbett
**Subject:**  FW: Eric Nshimiye
**Date:**      Wednesday, March 27, 2024 8:26:31 AM

---

**From:** louise <luwiza2197@gmail.com>
**Sent:** Tuesday, March 26, 2024 9:49 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye

EXTERNAL SENDER

To Whom It May  Concern,

I wish to thank you for taking your time to read my message as I describe Mr. Eric Nshimiye emphasizing that despite the accusation he is currently facing, Mr. Nshimiye is not a threat to the community nor is he a person who will flee to avoid facing the law thus losing his only opportunity to clear his name.

I met Eric Nshimiye 16 years ago. I met him when we had  just migrated to this beautiful country while I was trying to build my career as a Registered Nurse. Because of Eric's strong value of striving to uplift anyone in need, Eric was very supportive and resourceful, advising and directing me towards the path that led to my success. I have known Eric as a kind, joyful, selfless, motivating, determined, strong family man and a man who loves his Jesus.
I therefore attest that Eric is not harmful to the community nor will he attempt to be defiant to the guidelines given to him.

Sincerely,

Louise

# AFFIDAVIT AS TO APPLICANT'S MORAL CHARACTER

STATE OF ___*OHIO*___ )
_____ ) ss.
COUNTY OF ___*FRANKLIN*___ )


I, ___*JOSIAS NDARIBAMARE*___ , being first duly sworn,

state that I am not the spouse or a relative of and am well acquainted with named *ERIC NSHIMIYE*

having known him/her for *26* years; that (s)he is of good reputation in the community where (s)he resides,

and that I believe him/her to be of good moral character.

_____
(Signature)

*03-26-2024*
(Date)


SUBSCRIBED and sworn to before me this

_____day of _____

Notary Public _____

My Commission expires: _____

( S E A L )

NSBC 1:14 Rev. 10/2017

Dear Your Honor,

I would like to start by thanking you in advance for your dedication to ensuring justice is served.

Today, I write pleading on behalf of my dear friend, Eric Nshimiye. I met Eric back in 2002 after my freshman year in college. We met at a Rwandan American Youth Association (RAYA) annual summit. This group worked to bring together Rwandan refugee youth across the United States as we were coping with the challenges of life in our new home.

From that point forward, I have always known Eric to be an upstanding individual dedicated to his community. Shortly after, he married his wife Chantal, and they built a wonderful family together. He has been and remains an exemplary husband and father. Aside from being a great role model to his children, he has also done the same for countless youth through his mentoring activities.

In fact, this past September, while on a work trip in Fort Worth, where I currently reside, he provided me with valuable information to help my son and invited him to join his mentoring program aimed at ensuring he successfully navigates adolescence and goes to college. To say Eric is an exemplary human being would be an understatement. From the time I first met him to today, he has remained the same humble and helpful man with the utmost integrity.

Recently, I was deeply saddened by the news of his arrest but was not surprised as the country we fled as children continues to harass us in exile. He is certainly not the first victim of this never-ending nightmare, but I hope his case will bring to light what we suffer through daily. It needs to be put on record in the United States courts so it can serve as a precedent for the next victim of Rwanda's victor's justice.

Today, I ask that you grant Eric an opportunity to get bail and answer to this case with the support of his family, friends, and community near him. This would also allow him to continue working as an engineer at Goodyear to be able to provide for his family and fund his defense.

I appreciate you taking the time to hear me out and pray that God (or whatever higher power you believe in) guides your decision.

Respectfully,

Alice Muhindura
6901 N. Beach Street
Fort Worth, TX 76137
682-203-1690

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshymiye
**Date:** Wednesday, March 27, 2024 8:27:12 AM

---

**From:** Bobbi Bankovich <bojobanko@gmail.com>
**Sent:** Tuesday, March 26, 2024 11:35 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshymiye

EXTERNAL SENDER

To whom it may concern:

I am writing to appeal for Mercy and home detention, while Eric awaits his trial in Boston.

I do not know how that trial will end, I only know that the media reports have left me in total shock - like walking on shifting ground during an earthquake.

The reports do not match the kind and virtuous gentleman that we have come to know at church and in community.

One needs merely look at his "Christian fruit" -his beautiful family, to know that he would not be a danger to community or flight risk.

I strongly appeal and fervently pray that this husband and father be permitted to have time with his family for this Easter season.

Sincerely,

Mrs Barbara Bankovich

North Canton, Ohio

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshimiye, character witness
**Date:** Wednesday, March 27, 2024 8:29:03 AM

---

**From:** Alexis Muhirwa <alexis.muhirwa@gmail.com>
**Sent:** Wednesday, March 27, 2024 12:28 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye, character witness

EXTERNAL SENDER

To whom it may concern,

Eric Nshimiye is a close friend of the family who has had a positive influence in my life since my childhood. I know him through my Godmother, who is his sister-in-law. Since my meeting him in 1996, he has been nothing but a prime example of faith, hard work and community outreach. A graduate of the University of Dayton, he has worked for Goodyear Tire as an engineer for more than 20 years. After reaching heights of personal success, he has made it his life mission to help the youth around him reach the same destiny. Through work experience and networking, he helps inspire others to take the same path and reach even greater goals. The last time I saw him in 2023, he was visiting my parents. He shared with us a great vision of his mentorship and offered to help my nephew through it. The program is a wonderful resource for the youth in our community that teaches kids to have: a strong base of morals, physical and mental health, financial responsibility and engagement in the community. He is truly a man of God, family and the community.

Sincerely, Alexis Muhirwa

**From:**     David Johnson
**To:**        Susan Corbett
**Subject:**   FW: Eric Nshimiye
**Date:**      Wednesday, March 27, 2024 8:29:32 AM

-----Original Message-----
From: Celestin Muhindura <celemu01@gmail.com>
Sent: Wednesday, March 27, 2024 12:47 AM
To: David Johnson <David_Johnson@fd.org>
Subject: Eric Nshimiye

EXTERNAL SENDER

To whom it may concern,

Eric Nshimiye is a model citizen who has provided a lot for the community he lives in as well as the Rwandan community in the United States. He leads a mentorship program for the youth that aims to guide them to a successful life through education at school and in life. The program aims to teach the youth to have positive qualities of honesty, respect, integrity and generosity. It aims to teach them to practice self-knowledge, self-discipline and emotional self-control. It teaches the youth to have appropriate relationships and to respect personal boundaries of others. It also teaches skills for leadership and collaboration as well as financial responsibility. These valuable lessons for our youth are just a small list of this man's value to the community. He is also a friendly and loving man who visits friends and family all over the country. I was glad to have him over less than a year ago. He is a man of God who lives a life that is a great example for the youth of our community.

Celestin Muhindura

Sent from my iPhone

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Eric Nshimiye |
| **Date:** | Monday, March 25, 2024 10:33:07 AM |

-----Original Message-----
From: Credo Bizimana <cbizimana27@icloud.com>
Sent: Thursday, March 21, 2024 5:42 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Eric Nshimiye

EXTERNAL SENDER

Hello,

My name is Credo and Eric is my Godfather and uncle. He was with me when I received my first communion in the Catholic faith and my confirmation. My Godfather is a just man. He is a devout Catholic and has extreme ties to his community, family, friends, and even strangers. His character is one of humility, steadfast love for his family, hard working, faithful to Christ, and living a simple life. These charges sadden me and speak to a larger issue in the Rwandan government. I won't speak on that but only on the loving character of my godfather. He always counseled me with advice as I was growing up. His advice was always backed by the Bible and strong family morals. As I struggled to understand the nuances of growing up and choosing a career path he was the person always at my side even when I did not request his advice. He is a lover of life and his family. I ask that you take into account my personal testimony of the kind of man that he is. And may GOD speak to your heart to do what is right.

Amen,

Credo

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Letter for Eric N. Case
**Date:** Wednesday, March 27, 2024 8:31:05 AM

---

**From:** Consolation Credo <hategekimanacredo@gmail.com>
**Sent:** Wednesday, March 27, 2024 1:33 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter for Eric N. Case

EXTERNAL SENDER

To whom it may concern,

I am writing this letter in defense of Eric Nshimiye, my uncle, as well as Godfather. Firstly I would like to thank whoever is taking the time out to read this letter. This news is very heartbreaking for our family, community of fellow Rwandans, and friends. The only thing I can speak on is his character, and who he is to me and my family. My uncle has never had a reputation of being a deceitful, violent, or abusive man. I have known my uncle Eric my whole life, and never once has anyone spoken ill towards him or his own family. Just take a look at the family he built with his wife, my aunt, Chantal. His kids are exemplary honor students, exceptional athletes, and children of God. He is AND is known to be an honest Godly man, wonderful father, trustworthy and reliable friend, and loving person. My uncle has always instilled God into my life, and influenced me into doing the right thing, always. To be honest with everything I do, and choose wisely on the people I surround myself with. I've never told him, but I look up to him and my father most. So, this is my way of honoring the man he is. He's shown and taught me that in hard times and trusting in God, there is nothing you can't have. Which is why I believe he will walk away innocent. My whole life he has never mistreated me or anyone around me and was always there when needed. I wholeheartedly believe he is innocent and being falsely accused, all because he defended his friend in court against the very people accusing him today. He is supported by so many in the Rwandan community, defending and honoring his innocence. We all know he is being framed by a very corrupt government. However it will soon be proven in court, under God. Character speaks volume, and he has been consistently a good and honest man for as long as I've known him. It shows in the amount of support he has today. I can speak for many when I say, nobody can fake being a good person. To be a good person, comes with many selfless and sincere acts. And that he has shown, in many different ways. May God continue to shed light in such a dark time, and his innocence be revealed. I love you Uncle, and I will be praying for your healing, and your innocence to be restored to the public. In Jesus name we pray, Amen!


Sincerely,

Your Goddaughter, Credo

**From:**      David Johnson
**To:**        Susan Corbett
**Subject:**   FW: Eric Nshimiye
**Date:**      Wednesday, March 27, 2024 8:32:02 AM

---

**From:** Ashwin Rao <ashwin_rama@hotmail.com>
**Sent:** Wednesday, March 27, 2024 8:18 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye

To whom it may concern,
I am writing this letter to attest to the positive character of Eric Nshimiye, who is facing a legal issue. I have known Eric for ten years and can vouch for his honesty, integrity, and compassion.

Over the last ten years, my son and Eric's sons played soccer together for their club team. I have taken his kids to and from soccer games and practices across Ohio.  I've always trusted Eric and his family.  Eric has always prioritized the welfare and success of his family.

Eric is hard-working and responsible, always striving to do the right thing. He has been a loyal friend, a supportive colleague, a generous neighbor, and a model citizen.  He has always shown respect and kindness to everyone, regardless of background, beliefs, or circumstances.

I believe that Eric Nshimiye is innocent of the charges against him and deserves a fair and just trial. I hope that you will consider his positive character and good reputation and grant him the leniency and mercy that he needs.

Thank you for your time and attention. If you have any questions or need more information, please do not hesitate to contact me at ashwin_rama@hotmail.com.

Sincerely,

Ashwin Rao

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric
**Date:** Wednesday, March 27, 2024 8:32:20 AM

---

**From:** Raymond Oflaherty <rangersasc@yahoo.com>
**Sent:** Wednesday, March 27, 2024 8:27 AM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric

EXTERNAL SENDER

To who it may concern.
my name is Raymond Oflaherty i am a soccer coach with the Canton Akron Force and i have coached Eric's daughter Tiffany from the age of 10 or 11 until she was 17, in that time i have spent many days and weekends with the family at tournaments and events, in my time and experience with the family Eric and Chantal have been possibly my best parents of all, always supportive, always positive regardless of results. Eric always saw the bigger picture and always showed support to me and the club. I am sure everyone has been shocked by the news of what is happening with Eric and his family but i would just like to say that i would leave my children in his care without batting an eyelid, i am totally convinced that he is a good caring and warm individual that i would completely trust to help me out if i ever needed him too.

if i can help with anything else please let me know.


Yahoo Mail: Search, Organize, Conquer

# Letter for Eric Nshimiye's Case

Loic Kiza
8664 Copperview drive
Dublin Ohio 43016
Loickiza@gmail.com
9377890577

March 24, 2024

Re: Letter of Support for the release of Eric Nshimiye

   I am writing to provide my wholehearted support for Eric Nshimiye in his current circumstances. Having known Eric Nshimiye for 20 years, I can attest unequivocally to his strong character and commendable qualities. He is a husband, a father of four children, a mentor to so many people and most importantly a role model to so many of us.

   Eric Nshimiye exemplifies integrity, responsibility, and reliability in all aspects of his life. He has consistently demonstrated reliability, honesty, and commitment to obligations. These qualities, combined with his unwavering dedication to his family and community, make him a person of exceptional character.

   Furthermore, I wish to address the concern of flight risk. It is my firm belief, based on his demonstrated behavior and commitment to his obligations, that Eric Nshimiye poses no flight risk whatsoever. He has deep ties to the community and strong personal and professional commitments that anchor him firmly in place. Additionally, his integrity and respect for the legal system ensure his compliance with any requirements or restrictions imposed.

   I am confident that Eric Nshimiye will continue to uphold his responsibilities with the utmost sincerity and dedication. He has my full support, and I stand ready to provide any further assistance or information that may be required.

Please do not hesitate to contact me if you have any questions or require additional clarification.

Sincerely,

Loic Kiza

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | Fw: Recommendations for Mr. Eric Nshimiye |
| **Date:** | Wednesday, March 27, 2024 10:45:43 AM |

---

**From:** Dewo Pamungkas <dewopamungkas@yahoo.com>
**Sent:** Wednesday, March 27, 2024 9:49:55 AM
**To:** David Johnson
**Subject:** Recommendations for Mr. Eric Nshimiye

EXTERNAL SENDER
Dear Sir

My Name is Sri Sadewo Pamungkas, but people call me Dewo Pamungkas.
Dewo is shorten name of my middle name.

I knew Mr. Nshimiye since December 2006 when I joined the company that I am working until now with him.

Mr. Nshimiye is a very smart man. He was started with an engineer, worked on a lot of electrical research and New Electrical Machines Projects.
He moved up become Principal Engineer.

Mr. Nshimiye have done a lot of significant electrical research that's brought up company technology to the latest and greatest.

Mr. Nshimiye is educating his kids very well. 2 Kids are in colleges now. One will be in college next spring and another one still in school.

Mr. Nshimiye is the leader of electrical group, and he is leader for recruitment for new hire engineers as well.

I believe Mr. Nshimiye is not a treat for community.

Thank you
Sri Pamungkas
330 261 4576

**From:**     David Johnson
**To:**       Susan Corbett
**Subject:**  Fw: Eric Nshimiye
**Date:**     Wednesday, March 27, 2024 10:46:14 AM

---

**From:** cmilosevic5 <cmilosevic5@gmail.com>
**Sent:** Wednesday, March 27, 2024 10:07:17 AM
**To:** David Johnson
**Subject:** Eric Nshimiye

EXTERNAL SENDER

Hello Attorney Johnson,

I'm writing to you on behalf of Eric Nshimiye. I have known Eric since approximately 2016 through our parish and our sons' school.

The Nshimiye's are members at St. Paul's Catholic Church where I also attend with my family. Eric has been an exemplary role model for his family and other parishioners. Eric and his children are active participants at the church volunteering in various roles.

Eric's son was also a classmate with our son at Hoover schools in North Canton. In fact, our boys worked on a TomTod project together for several months while in middle school. Eric has always been friendly and occasionally asks about our son when I see him at church.

The Eric Nshimiye described in the paper is not the person that I know, as he seems incapable of violence.

He is a well-respected member of the community, with an established career and a loving family.

I hope you take these things into consideration.

Sincerely,
Christine Milosevic

Sent via the Samsung Galaxy S23 5G, an AT&T 5G smartphone

To whom it may concern,

I am writing to express my unwavering support and belief in the innocence of my beloved uncle, Eric Nshimiye. It is with great conviction that I find myself compelled to address the accusations leveled against him and shed light on his true character. Throughout my life, Eric has consistently demonstrated qualities of compassion, kindness, and integrity, making it inconceivable for me to accept the portrayal of him in the media.

Even as a young girl growing up in Kenya, Eric became our favorite uncle, and that sentiment remained unchanged even after our move to the United States. His genuine kindness and unwavering presence in our lives left an indelible mark on me. In his company, I always felt safe, loved, and cared for. His jovial nature and ability to bring joy to any gathering made him a cherished figure in our family and in the Rwandan community.

As I transitioned into my teenage years, Eric assumed the role of a trusted mentor, guiding me towards making wise decisions. I spent many summers in his family's home, and he made it a priority to ensure that I made the most of those months. He encouraged me to read extensively, delving deeper into the subjects that piqued my interest, and equipped me with the tools to expand my knowledge. This invaluable practice has carried me through my college education and continues to influence my professional endeavors in the field of business marketing.

Within the confines of his home, faith served as a steadfast pillar. Prayer accompanied every meal, and during discussions, Eric exhibited remarkable attentiveness and empathy, patiently listening before offering guidance. His advice was not only strong and clear, but also infused with compassion and profound understanding.

Eric's exemplary character earned him the trust of the Rwandan community in Ohio, who willingly entrusted him with the mentorship of their children. He is profoundly invested in the success and well-being of those around him, particularly the youth. I have personally sought his counsel on numerous occasions, whether it be matters of spirituality, personal growth, or professional development. He has consistently proven himself to be reliable, truthful, level-headed, and fundamentally good-hearted.

I vehemently refute any allegations brought against him and wholeheartedly vouch for his impeccable character.

His niece,

Josiane Niyomukesha

**From:** David Johnson
**To:** Susan Corbett
**Subject:** Fw: Eric Nshimiye
**Date:** Wednesday, March 27, 2024 12:20:49 PM

---

**From:** Patricia Petroff <aph58@msn.com>
**Sent:** Wednesday, March 27, 2024 11:23:26 AM
**To:** David Johnson
**Subject:** Eric Nshimiye

To whom it may concern:

  I am a dentist from  Akron ,Ohio who has provided dental services for the Nshimiye family since 2000 to present day 2024. I have been in the
dental profession for 36 years. The Nshimiye family is a joyful and gracious family.  I always look forward to helping them with their dental needs.
As parents they are very endearing with their children.  The children are kind,  enthusiastic, respectful of their parents and others, studious, and exemplary
of quality parenting.
  Eric Nshimiye is a very intelligent, respectful man with a peaceful demeanor.  He is very authentic in conversation.  He speaks kindly with clarity and no hesitation.
Historically,  my husband Dr. John C. Kline and I provided dental treatment for Eric. Eric was appreciative and very amenable to professional recommendations.
I do also recall that Eric had particular dental needs that required specialized treatment.  As a humble man he elected to forego his own dental needs in order to
 take care of his wife's and children's needs first.  He demonstrated kindness and respect with our staff members.
  In essence Eric Nshimiye  is a genuinely integritous, appreciative gentlemen with a peaceful demeanor that is reflected in his interactions with his family and others.
His character is that of a righteous man.

Sincerely,

Dr. Patricia Petroff

| | |
|---|---|
| **From:** | David Johnson |
| **To:** | Susan Corbett |
| **Subject:** | FW: Letter for Eric N. case |
| **Date:** | Wednesday, March 27, 2024 4:45:58 PM |

**From:** George Radonjich <gradonjich@yahoo.com>
**Sent:** Wednesday, March 27, 2024 4:34 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Letter for Eric N. case

EXTERNAL SENDER

To Whom It May Concern,

I am writing this letter on behalf of Eric Nshimiye, who I've known for about 10 years or so. I met Eric through the club soccer team on which our sons were teammates for several years. This team played soccer year-round, traveling extensively for tournaments, often out of state. While I didn't know Eric outside of our soccer connection, I spent a lot of time getting to know him over the years by attending countless games, team dinners, and just hanging around the hotel lobby.

I know Eric Nshimiye to be an extremely kind, decent, and well-mannered individual who was respected by all the other parents. He'd watch the majority of our games sitting quietly with his family, avoiding the loud and obnoxious behavior of us other dads. Eric was always the responsible 'adult in the room' and the calming presence on our sidelines. Eric and I would often discuss the games during halftime and then wander off to other topics as well. Eric always had a positive attitude and I found him to be intelligent and astute in all his thoughts and observations.

I'm aware of the alleged crimes for which Eric is linked and I refuse to believe that this kind and gentle man is capable of such behavior. I can confirm that in all the time I have known him, Eric Nshimiye has been a decent and trustworthy person whom I greatly respect and admire. I can only hope this letter will help others decide the same and allow Eric to be home with his family.

Sincerely,

George Radonjich

(father of Michael Radonjich, Nestor Nshimiye's longtime teammate with Canton United and Canton Akron United Force Soccer)

I have known Eric for several years, since our daughters were in middle school together. The crimes that Eric are being accused are not indicative of the man that I know. Eric is probably the most gracious, family oriented, and professional person that I know in the North Canton community. He is someone that I could trust with my daughters under any circumstance. Between soccer games, graduation parties, and academic events, we have spent endless time together. I am sure I speak for many in the North Canton community when I say that we are all hopeful that this is a case of mistaken identity. I hold Eric in the highest regard, and there's simply no way that I could see him performing the heinous acts that he is being charged with. Thank you,
Matthew Wolfe.

My name is Camden Wolfe, and I have known Eric Nshimiye and his family for several years. Eric is one of the nicest, most genuine people this community has. His gracious personality shines through everyone he interacts with, always leaving a positive impact. I have always felt safe and comfortable being at family gatherings with Eric, sitting with him at soccer games, and even including him in my graduation party. Eric Nshimiye is the definition of an honest, noble man who is willing to go above and beyond for his family and friends. I wholeheartedly believe he has been wrongly accused of these horrific crimes. I view Eric with the upmost respect, even as the media is portraying him as the contrary. Eric is an honest man who loves so hard that the idea of him laying a hand on anyone is unthinkable. I fully support Eric and his family during this time, and I know he is not a threat to anyone in the community or himself. Thank you,
Camden Wolfe

My name is Riley Wolfe and I have known the Nshimiye Family since I became friends with their daughter in seventh grade. I tend to see the worst in people and over the past six years, I can whole heartedly say that I have never seen or gotten a feeling that anything is remotely wrong, bad, or viscous with Eric Nshimiye. Eric is one of the nicest people I feel I have ever met and I have felt completely comfortable being around in countless instances. He has helped me with school projects for my engineering courses on numerous occasions similar to how he helps everyone in our community as he can. He always gives his time to help the community; whether that's mentoring at Goodyear's STEM Career Day or volunteering for the Hoover Soccer Boosters. He is a kind, caring, family man who holds not only himself but his whole family to standards of excellence and discipline. I truly feel that Eric Nshimiye is not a threat to the community or himself. Neither is he a flight risk as he would never do anything to hurt his family. Thank you for your time,
Riley Wolfe

I am writing to provide a character witness for Eric Nshimiye, whom I have known for six years. The horrific crimes that Eric is being accused of are not representative of the man I know.  Eric is a person of exceptional character and reputation.  He is a family man who has taught his children the importance of service to the community and to always treat others with kindness.  I have had the opportunity to spend time with Eric and his family at  numerous soccer games, academic events, graduation parties, holiday cookouts and other social gatherings.  Eric has the kindest heart and greets everyone with a big smile and hug or handshake.  He has been a

support to my children as well as others throughout the North Canton Community, simply by being willing to help with school assignments or to congratulate them on their academic, athletic and life successes.  I wholeheartedly believe that Eric is not capable of the crimes he is being accused of and that he is in no way a threat to our community or himself.  I also believe that he is not a flight risk.  He could never do that to his family.  His oldest daughter will be graduating high school in May and he would not miss the opportunity to celebrate her and her friends on this milestone.

Thank you for your time.

Heather Wolfe

**From:**       David Johnson
**To:**         Susan Corbett
**Subject:**    FW: Testimony to Eric Nshimiye
**Date:**       Thursday, March 28, 2024 9:19:22 AM

---

**From:** Anualita mbarusha <anualita@yahoo.com>
**Sent:** Wednesday, March 27, 2024 6:58 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Testimony to Eric Nshimiye

EXTERNAL SENDER

To Whom It May concern

Eric is my older step brother. He is one of the individuals with high integrity I know. Eric has devoted his time to mentor immigrant children including my daughter with focus on virtue values. He believes mentoring children is the best gift he can give to our children, the best contribution he can offer to this wonderful nation.

I still wakeup thinking that I am dreaming.How can the most authentic, compassionate person I know end up in jail? How can the most caring person I know end up in jail?  How can the most spiritual, role model to so many end up in jail?

My 11 year old daughter tells me, I am working on my patience with uncle Eric, she still has so many questions just like me. It's impossible  to reconcile the Eric I grew up with, the Eric i know, and the picture that is being painted of him.

 I remember Eric passing out during his first born baby delivery, when I visited him and his family, I asked him what happened, brother, during delivery, he responded to me:"that event  was the most traumatic event I ever saw". That is the memory that keeps coming in my mind.

 The wonderful and devoted father to his children and his profession, it's hard to believe that he and his family have to go through this.

I only can pray for justice, and for the people of Rwanda.

Dr. Anualita Mbarusha

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric N - Character Reference
**Date:** Thursday, March 28, 2024 9:19:42 AM

---

**From:** Nick Gambone <nick.gambone@gmail.com>
**Sent:** Wednesday, March 27, 2024 8:12 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric N - Character Reference

EXTERNAL SENDER

Hello David,
Here is my letter for Eric:

To Whom it May Concern,

I was shocked to hear the news. What a tragedy to hear of Eric's arrest. It was unbelievable. I felt so bad for him and his wonderful family.
I've know Eric, his wife Chantal, and his four children for over 10 years.
My son started playing soccer with his son and ever since we first met, Eric has been one of the of the friendliest and kindest person that I know. He is always making people smile and feel good. He would referee soccer games, and always do such a great job and never upset the players and fans as so many of the refs tend to do. On the sideline as a parent, he would always set a great example of sportsmanship and never cause trouble like so many of the fans. I would see him at church nearly every Sunday with his family and would admire their love of God.

Sincerely,
Dominic Gambone III
3/27/24

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshimiye
**Date:** Thursday, March 28, 2024 9:19:58 AM

-----Original Message-----
From: Faustin Hategekimana <fhategekimana@hotmail.com>
Sent: Wednesday, March 27, 2024 10:38 PM
To: David Johnson <David_Johnson@fd.org>
Subject: Eric Nshimiye

To whom it may concern
May name is Faustin Hategekimana
I'm sending you this email to talk about Eric, the man I know, the man of honor, the man of integrity. I know Eric since 2001. I was chocked by the false accusations against him. He is a peaceful man, a dedicated husband and father. He is always ready to help in the community and he is the man we count on in every circumstances. Yes he is an innocent man and he knows he is an innocent. He needs to be home with his family. I'm sure he will be found innocent. God bless you Sent from my iPhone

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshimiye
**Date:** Thursday, March 28, 2024 9:20:19 AM

---

**From:** Joanne Damico <jldamic@gmail.com>
**Sent:** Wednesday, March 27, 2024 11:21 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye

EXTERNAL SENDER

I have known Eric and Chantal  and their children for 13 years. I taught their sons in the gifted program in North Canton City Schools. The children and parents were one of the most respectful, dedicated, and devoted families I have ever met. They are wonderful role models, and encourage their children to put forth their best effort and hard work in all their endeavors.

We also know Eric, Chantal and their children as members of our St. Paul Catholic Church community where they faithfully attend Mass every Sunday. Both boys, and now the girls, were regular altar servers.

The children were nurtured in sports, academics, and spiritual well-being, and the parents volunteered in all these communities as well.

Anyone who knows the Nishimiyes would share my honest  sentiments about Eric, Chantal, and their wonderful family .

Sincerely,

Joanne Damico

North Canton Resident

North Canton retired teacher

St. Paul's parish,  North Canton Ohio

**From:** David Johnson
**To:** Susan Corbett
**Subject:** FW: Eric Nshimiye
**Date:** Thursday, March 28, 2024 4:11:22 PM

---

**From:** Deb Dougherty <taffcoco@att.net>
**Sent:** Thursday, March 28, 2024 3:39 PM
**To:** David Johnson <David_Johnson@fd.org>
**Subject:** Eric Nshimiye

EXTERNAL SENDER

Dear Mr. Johnson, I am writing on behalf of Eric who is a neighbor that I have known for a while in our neighborhood. I have spoken to him personally but also know that he helps my best friend Shirley Rice and her husband Tom who live next to him. Tom has been sickly for many years and Eric has offered to help Shirley with different jobs that are needed around the house. He and his family never cause any disturbances in the neighborhood and also will stop and talk to you while he walks around the neighborhood. I can't picture this man doing the items that he is accused of doing. I hope you can help him retain his freedom.

Thank you. Deb Dougherty

https://thentibarwigafamilyfoundation.org/

## Mr. Eric Nshimiye – President, Treasurer, and Founder of NFF





Donate Now





# THE NTIBARWIGA FAMILY FOUNDATION

A private charitable organization

Donate Now    Contact Us



# About the NFF

The Ntibarwiga Family Foundation ("NFF") is a private charitable organization that has three core missions. (1) Providing mentoring to the youth through the Ntibarwiga Mentoring Institute ("NMI") (2) Giving out academic scholarships to needy students, and (3) providing emergency financial support to needy families and individuals. The NFF is a non-profit organization under the Internal Revenue Code (IRC) section 501(c)(3).  Donors can deduct contributions they make to the NFF under IRC section 170.

Meet our Board



# A private charitable organization

Contact Us Now



# Volunteer Mentor

Thank you for your interest in the Ntibarwiga Mentoring Institute (NMI)! We serve young people, ages 10-20, who become members of our mentoring institute.

Our mentoring focus is on Human Formation.  Our program for Human Formation cultivates the personal and emotional maturity of each youth and develops the human qualities which are necessary for them to be balanced and capable of thriving in American society.

View More

# Mentoring

Thank you for your interest in the Ntibarwiga Mentoring Institute (NMI)! We serve young people, ages 10-20, who become members of our mentoring institute.

Our mentoring focus is on Human Formation.  Our program for Human Formation cultivates the personal and emotional maturity of each youth and develops the human qualities which are necessary for them to be balanced and capable of thriving in American society.

View More







## Take Action Today

Home

Meet our Board

Mentee

Mentor

Contact Us

## Contact Us

   nff@thentibarwigafamilyfoundation.org

         

© 2022 The Ntibarwiga Family Foundation. All rights reserved. Design and Develop by FWT | Akash Matloob