May 21, 2025

To the Honorable Judge,

My name is Chantal Nshimiye, Eric's wife. I am writing this letter to inform you of the difficulties that have overtaken our family with Eric's absence and to request an allowance of bail. The main hardship has come from how our son has handled the situation with his father's imprisonment.

Our son Tresor was informed that his father was incarcerated in August 2024. The reason the communication was delayed was due to his stay at a monastery in Texas where he could only keep in touch with family via letters. Tresor was in good health at the time. It was only a couple of months later in October after receiving the news that he began to go downhill in a mental health crisis. He continued in this state of crisis for some weeks at the monastery before I and my other son had to pick him up to take him home.

Upon Tresor's arrival back home, I had to take him to the ER at Cleveland Clinic and then at Mercy Hospital in North Canton, Ohio for a few days. He was sent thereafter to Heartland Behavioral Health Hospital in Massillon, Ohio, where he stayed for the two months of November and December. I visited him a few times until he was well enough to be discharged on December 30th of 2024.

It had been heartbreaking news to see how our son struggled without having any help, especially since I was alone in working to support the family. I decided to stop working in December to assist him through any means. He required appointments with outpatient psychiatric and counseling clinics, care at home, and help with taking medications to keep him stable.

The amount of attention his situation has demanded has led us in deep difficulty. I no longer receive income through work, we have been denied disability aid from social security, and we do not have any other means of financial assistance. Concerning my own health, I was just recovering from a major surgery and no longer had the time to go to my own follow-up appointments with my general surgeon. It has all been overwhelming, to say the least.

Therefore, I appeal to your consideration that my husband be granted bail so that he would be able to help me take care of our son Tresor. It would help me out a lot, and I would be able to return to work. We need Eric's presence here at home. I would be happy to provide any further details to give you a picture of the struggle in which we have been without him.

Sincerely,
Chantal Nshimiye