

*Homeland Security Investigations*
*National Security Division*

**U.S. Department of Homeland Security**
1953 Gallows Rd
Vienna, Virginia 22182

May 8, 2024

To Whom it May Concern,

The U.S. Department of Homeland Security (DHS) requests information from the International Residual Mechanism for Criminal Tribunals (MICT) to be used in furtherance of a criminal investigation being conducted within the United States of subject Eric Tabaro NSHIMIYIMANA (now known as Eric NSHIMIYE) who is alleged to have committed perjury, in violation of 18 U.S.C. § 1621. The charge stems from NSHIMIYIMANA's possible role in the Rwandan Genocide.

**Requests**

Request all witness statements related to **Eric NSHIMIYIMANA**
- *Father's Family Name and Forenames: NTIBARWIGA, Ezechiel*
- *Mother's Maiden Name and Forenames: MABYALIRO, Madeleine*
- *Date and Place of Birth: 1971 - Kigali, Rwanda*

Request testimony about or related to the following NSHIMIYIMANA victims:

- *Samusoni Wilson, a tailor employed at the National University of Rwanda in Butare*
- *Mukamana Rita*
- *Mukamana Rita's 14-year-old son*

Request information related to **Samusoni Wilson's** killing that took place at or near the roadblock near the main entrance to the hospital on the National University of Rwanda at Butare; **Mukamana Rita's** killing at or near her home on National Route 1 in Butare; and the killing of **Rita's 14-year-old son** whose body was put in the killing pit in the woods behind the University Laboratory.

Request all witness statements related to these crimes.

Dates of the crimes covered in the requests: April 20th to July 6th, 1994.

**Urgency**
DHS requests standard processing.

**Details of the requesting authority**:
United States Department of Homeland Security, Homeland Security Investigations - Human Rights Violators and War Crimes Unit

**HOMELAND SECURITY INVESTIGATIONS**
*National Security Division*

**HONOR | SERVICE | INTEGRITY**

Name of responsible official: SA Matthew Langille
Telephone number: 001 (646) 335-7628
Email address: matthew.langille@hsi.dhs.gov

**Background**

Eric Tabaro NSHIMIYIMANA (name changed to NSHIMIYE) is a United States citizen suspected of violating 18 U.S.C. § 1621, perjury. Specifically, NSHIMIYIMANA denied any involvement in the Rwandan Genocide of 1994 when questioned during cross-examination by the prosecutor in a 2019 criminal trial for Jean Leonard TEGANYA.

Homeland Security Investigations (HSI) Human Rights Violations and War Crimes Unit has initiated an investigation into NSHIMIYIMANA's role and participation in the Rwandan Genocide and whether NSHIMIYIMANA made false statements in order to obtain immigration benefits and naturalization as a United States citizen. Witness interviews indicate that NSHIMIYIMANA was TEGANYA's roommate at the medical school in Butare, Rwanda and that both men committed acts of violence against their Tutsi classmates and professors on campus.

**Status of Judicial Proceedings**
NSHIMIYE is *under investigation*.

**Certification Requirements**
Certification of the requested material may follow but is not required at this time.

**Attendance Request**
DHS does not request a visit to the MICT at this time.

**Confidentiality Statement**
DHS guarantees confidentiality of the material unless agreed between OTP MICT and DHS. DHS also requires OTP MICT to maintain confidentiality regarding the subject of investigation and related facts of the case contained in the present request, as well as any documentation sent to DHS by OTP MICT.

Please let us know if you require additional information. We appreciate your timely response to this request.


Ian Cruikshank

IAN P CRUIKSHANK
Digitally signed by IAN P CRUIKSHANK
Date: 2024.05.08 11:16:36 -04'00'

Ian Cruikshank
National Program Manager
Human Rights Violators and War Crimes Unit
Homeland Security Investigations
(703) 343-7532 (Office)
(703) 346-0118 (Mobile)
Ian.Cruikshank@hsi.dhs.gov


**HONOR | SERVICE | INTEGRITY**