**REPUBLIC OF RWANDA**



**NATIONAL INTELLIGENCE AND SECURITY SERVICE**
DIRECTORATE GENERAL OF IMMIGRATION AND EMIGRATION

Ref: 122./1.05../DGIE/25                                                                 13Jun 25

The Prosecutor General of Rwanda
National Public Prosecution Authority of Rwanda
Kigali

Dear PG,

**INFORMATION ON MR. NSHIMIYIMANA ERIC**

1.       Reference is made to your letter with Ref: I/494/D11/A/NPPA/ICD dated 28/05/2025, requesting the Directorate General of Immigration and Emigration (DGIE) to provide any records related to Rwandan passports issued to, or applications submitted by, the individual known as NSHIMIYIMANA Eric, also known as TABARO NSHIMIYE Eric, born in 1971 to parents NTIBARWIGA Ezekiyeri and MABYARIRO Madeleine; suspected of having committed the Genocide against the Tutsi in 1994.

2.       We would like to inform that according to our database, NSHIMIYIMANA Eric, also known as TABARO NSHIMIYE Eric does not have a Rwandan passport or passport application submitted. However, he holds Rwandan ID N° 1197180042723093 in the names of NSHIMIYIMANA Eric, issued in Musanze District, Muhoza Sector, Mpenge Cell, Rusagara Village.

3.       Sincerely,



Lynder NKURANGA
ACP
Director General / DGIE




# REPUBLIC OF RWANDA
## NATIONAL PUBLIC PROSECUTION AUTHORITY
## ORGANE NATIONAL DE POURSUITE JUDICIAIRE
## UBUSHINJACYAHA BUKURU
P.O. Box 1328     Kigali - RWANDA
E-mail: info@nppa.gov.rw   Website: www.nppa.gov.rw

Kigali, 28/05/2025
N°I/494/D11/A/NPPA/ICD

**Director General**
**Rwanda Directorate-General of Immigration and Emigration**
**KIGALI**

**Subject:** Request for information

Dear Director General

Reference is made to the ongoing investigation on an individual who is suspected of having committed the Genocide against the Tutsi in 1994;

Based on Article 28, Paragraph 4 of Law No. 014/2018 dated 04/04/2018, Determining the Organization, Functioning, and Competence of the National Public Prosecution Authority and of the Military Prosecution Department;

The National Public Prosecution Authority (NPPA) requests your assistance in obtaining any records related to Rwandan passports issued to, or applications submitted by, the individual known as NSHIMIYIMANA Eric, also known as TABARO NSHIMIYE Eric. He was born in 1971 to parents NTIBARWIGA Ezekiyeri and MABYARIRO Madeleine.

Should you require further clarification or have any questions, please do not hesitate to contact National Prosecutor **Claudine DUSHIMIMANA** at claudine.dushimimana@nppa.gov.rw   or on Tel: +0788310250.

Please accept the assurances of my highest consideration.

Digitally signed by NPPA(Prosecutor General)

**HABYARIMANA Angélique**
**Prosecutor General**