UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Docket No. 1:24-cr-10071-FDS<br>ERIC TABARO NSHIMIYE, )<br>)<br>Defendant. ) | |

## GOVERNMENT'S ASSENTED-TO MOTION TO EXTEND FILING DEADLINE

The United States hereby moves to extend by one week the government's deadline to respond to defendant's Motion to Dismiss. *See* ECF No. 135. Defendant filed his motion on October 29, 2025. *Id.* Consistent with Local Rule 7.1(b)(2), the government's response is due to be filed no later than November 12, 2025. The government hereby seeks to extend the response deadline by one week, until November 19, 2025. Such an extension is necessary for the government to adequately address the issues raised in defendant's motion.

The government has conferred with counsel for the defendant, who assents to the requested extension.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    */s/ Jason A. Casey*
       Jason A. Casey
       Christopher Looney
       Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Jason A. Casey*
                                              Jason A. Casey
                                              Assistant U.S. Attorney