UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:24-cr-10071-FDS |
| | ) |
| ERIC TABARO NSHIMIYE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S ASSENTED-TO MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT, TO FILE EXHIBITS UNDER SEAL, AND TO FILE REDACTED AND UNREDACTED VERSIONS OF HIS MOTION TO PRECLUDE UNRELIABLE IDENTIFICATION TESTIMONY, TO BAR FIRST-TIME COURTROOM IDENTIFICATIONS, AND FOR AN EVIDENTIARY HEARING**

Defendant Eric Nshimiye, by and through undersigned counsel, respectfully moves, with the Government's assent for leave to file a Motion to Preclude Unreliable Identification Testimony, to Bar First-Time Courtroom Identifications, and For An Evidentiary Hearing of up to thirty-five pages; to file on the public docket a redacted version of the motion that redacts the names of the relevant witnesses and other information that could reasonably identify them; to submit under seal an unredacted version of the motion, while providing the Government with an unredacted copy; and to file the supporting exhibits under seal. The motion concerns proposed identifications by multiple witnesses and requires a detailed, witness-specific examination of prior interviews, identifications and non-identifications, the passage of time, investigative procedures, and the Government's anticipated evidence. The supporting exhibits principally consist of law-enforcement reports, interview memoranda, and related materials containing witness names, personal histories, locations, accounts of events, and other sensitive or identifying information. The requested relief is therefore narrowly tailored to protect the witnesses' privacy while preserving the greatest practicable degree of public access.

1

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, Kansas S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Email: menemtsev@gmail.com
*Counsel for Defendant Eric Nshimiye*

## CERTIFICATE OF SERVICE

I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on July 31, 2026, on all counsel of record.

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826

2