UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ERIC TABARO NSHIMIYE,<br>Defendant | No. 24-CR-10071-FDS |

**DEFENDANT ERIC NSHIMIYE'S WITNESS LIST**

Defendant Eric Tabaro Nshimiye, by and through undersigned counsel, hereby respectfully advises that, in addition to the witnesses identified on the Government's witness list, the defense may call the following witnesses during Mr. Nshimiye's case-in-chief:

1. Eustache Nshimyumuremyi, Musanze, Rwanda
2. Livin Nkunzimana, Musanze, Rwanda
3. Richard Ufiteyezu, Ruhengeri, Rwanda
4. Spiridion Seminega, Kigali, Rwanda
5. Bonaventure Dusabimana, Musanze, Rwanda
6. Theoneste Nikobambonye, Musanze, Rwanda
7. Benoît Uwimana, Huye, Rwanda
8. Justin Habyarimana, Huye, Rwanda
9. Antoinette Ukunze, Netherlands
10. Theophile Mpozembizi, France
11. Philippe Bizimana, Zambia
12. Aloys Habimana, Uganda
13. Pierre Habyarimana, Rwanda
14. Patrick Ndimubanzi, Rwanda
15. Marcellin Mutuyimana, Zambia
16. Dative Harerimana, Musanze, Rwanda
17. Jeannette Musabyimana, Nyabihu, Rwanda
18. Jean Baptiste Manirakiza, Musanze, Rwanda
19. Valentine Niyitegeka, Gisenyi/Rubavu, Rwanda
20. Jean Baptiste Habimana, Ruhango, Rwanda
21. Jean Népomuscène Ndayisenga, Lusaka, Zambia
22. Matthew Ile, Uniontown, Ohio

23. Diane Allchin, Uniontown, Ohio
24. Dominic Gambone, North Canton, Ohio
25. Dustine May, North Canton, Ohio
26. Christopher Pfeiffer, Ohio
27. Ron Reolfi, North Canton, Ohio
28. Krista Smith, Uniontown, Ohio
29. Sandy Whiteside, Cuyahoga Falls, Ohio
30. Lydia Yatras, Uniontown, Ohio
31. Jennifer Zylko, Uniontown, Ohio
32. Bobbi Bankovich, Ohio
33. Nestor Nshimiye, Uniontown, Ohio
34. Dick Prudence Munyeshuli, Rwanda
35. Phillipe Larochelle, Canada
36. Theotime Hakundanabahali, Canada
37. Matthew Langille, HSI Special Agent, HSI New England
38. Todd Donnelly, HSI Special Agent, HSI New England
39. Kevin Cronin, HSI Special Agent, HSI New England
40. Dale Gargac, HSI Special Agent, HSI New England
41. Kiera Murphy, HSI Hudson Valley Special Agent, New York
42. Eric Nshimiye

The defense reserves the right to call additional witnesses, including witnesses identified on the Government's witness list and rebuttal witnesses, if and when it determines that their testimony is necessary or appropriate.

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, Kansas S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Email: menemtsev@gmail.com
*Counsel for Defendant Eric Nshimiye*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on September 15, 2026, on all counsel of record.

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826