UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 24-CR-10071-FDS |
| v. | ) | |
| ERIC TABARO NSHIMIYE, Defendant | ) | |

**DEFENDANT ERIC NSHIMIYE'S EXHIBIT LIST**

Defendant Eric Tabaro Nshimiye, by and through undersigned counsel, hereby respectfully advises that, in addition to the exhibits identified on the Government's exhibit list, the defense may offer the following exhibits, if and when their admission becomes necessary or appropriate:

| Exhibit # | Description |
|---|---|
| 1 | Treatise: "Leave None to Tell the Story" by Human Rights Watch |
| 2 | Treatise: "The Order of Genocide: Race, Power, and War in Rwanda" by Scott Straus |
| 3 | Treatise: "Remaking Rwanda: State Building and Human Rights after Mass Violence" by Scott Straus and Lars Waldorf |
| 4 | Treatise: "Rwanda: From Genocide to Precarious Peace" by Susan Thomson |
| 5 | Treatise: "Fact-Finding Without Facts: The Uncertain Evidentiary Foundations of International Criminal Convictions" by Nancy Amoury Combs |
| 6 | Treatise: "The Gacaca Courts, Post-Genocide Justice and Reconciliation in Rwanda" by Phil Clark |
| 7 | Treatise: "A Problem from Hell: America and the Age of Genocide" by Samantha Power |
| 8 | Treatise: "Rwanda: Death, Despair and Defiance" by African Rights |
| 9 | Affidavit: Lazare Kobagaya, Case No. 09-10005-01-MLB |

| Exhibit # | Description |
|---|---|
| 10 | Expert Opinion by Phillipe LaRochelle |
| 11 | ICTR-98-42-T: ICC Tribunal for Rwanda |
| 12 | Article: "How Doctors and Nurses Featured in Genocide against the Tutsi" by Dr. Bizimana Jean Damascene |
| 13 | Aloys Habimana Student Card |
| 14 | Aloys Habimana Student Photo |
| 15 | Aloys Habimana Identification Card |
| 16 | ICTR Exhibit List from 9 August 2010 – Case No. ICTR-00-55-PT |
| 17 | List of ICTR Butare prosecutions from 1994 |
| 18 | List of wanted genocide suspects living abroad from 2016 |

The defense reserves the right to offer additional exhibits, including exhibits identified on the Government's exhibit list, demonstrative exhibits, impeachment exhibits, rebuttal exhibits, and exhibits necessary to respond to issues that arise during trial. The defense further reserves the right to supplement or amend this exhibit list as necessary.

Respectfully submitted,

/s/ Kurt P. Kerns
Kurt P. Kerns, Kansas S.C. No. 15028
KERNS LAW GROUP
328 N. Main Street
Wichita, KS 67202
Telephone: (316) 265-5511
Email: kurtpkerns@aol.com

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
Telephone: (617) 227-3700
Email: menemtsev@gmail.com
*Counsel for Defendant Eric Nshimiye*

## CERTIFICATE OF SERVICE

I hereby certify that a true and authentic copy of the above and foregoing was filed and served electronically pursuant to the CM/ECF system on September 15, 2026, on all counsel of record.

/s/ Maksim Nemtsev
Maksim Nemtsev, Mass. Bar No. 690826