UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 24-cr-10071-FDS |
| | ) | |
| ERIC TABARO NSHIMIYE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION IN LIMINE TO EXCLUDE HEARSAY EXHIBITS**

The government, through undersigned counsel, respectfully requests that the Court issue an order excluding hearsay exhibits identified by the defendant on his exhibit list. Specifically, the defendant has listed eight books or reports (Exhibits 1 – 8); an affidavit submitted in a separate legal proceeding (Exhibit 9); an expert opinion disclosure (Exhibit 10); a judgment of the International Criminal Tribunal for Rwanda ("ICTR") (Exhibit 11); an online article (Exhibit 12); an exhibit list in an ICTR matter (Exhibit 16); "a List of ICTR Butare prosecutions from 1994" (Exhibit 17); and a "List of wanted genocide suspects living abroad from 2016" (Exhibit 18).

All of these exhibits are hearsay and, subject to specific exceptions, "[h]earsay is not admissible." Fed. R. Crim. P. 802. In particular, none of these documents qualify as a learned treatise. To qualify as a learned treatise, a publication must be "established as a reliable authority" and either be "called to the attention of an expert witness on cross-examination or relied on by the expert on direct examination." Fed. R. Crim. P. 803(18). Nothing in the report of Mr. Philippe Larochelle indicates that he relied upon any of these documents, *see* Dkt. No. 226-1 (Larochelle Disclosure), nor is there any reason to believe in their inherent reliability for purposes of establishing any specific facts. Moreover, even if they did qualify as "learned treatises," the documents still would not be permitted to be entered into evidence. Instead, only

the relevant statement or statements from the document may be read into evidence. Fed. R. Crim. P. 803(18).

Accordingly, the government respectfully requests that the Court exclude defense's proposed Exhibits 1 – 12 and 16 – 18.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

A. TYSEN DUVA
Assistant Attorney General

By: /s/ Christopher R. Looney
CHRISTOPHER LOONEY
Assistant United States Attorney
ALEXANDRA SKINNION
Trial Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*/s/Christopher Looney*
Christopher R. Looney
Assistant United States Attorney

Date: September 18, 2026