UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-10071-FDS |
| | ) | |
| ERIC TABARO NSHIMIYE, | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER PERMITTING REMOTE TESTIMONY OF ALOYSIUS HABIMANA**

Upon consideration of the defendant's assented-to motion, it is hereby ORDERED that:

1. Defense witness Aloysius Habimana may testify by live, simultaneous, two-way video from the United States Embassy in Kampala, Uganda, at a time approved by the Court and subject to the Embassy's permission and availability.

2. No member of the prosecution or defense team shall be physically present at the Embassy for Mr. Habimana's testimony. Embassy staff shall be present solely to facilitate the testimony, including the video connection and handling of exhibits.

3. The oath shall be administered to Mr. Habimana remotely by the courtroom deputy or another person designated by the Court.

4. Copies of the potential exhibits to be shown to Mr. Habimana shall be provided in advance to Embassy staff and kept in their custody. Embassy staff shall make those exhibits available to the witness during his testimony as directed by the Court.

SO ORDERED.

Dated: Oct. 16, 2026

[signature]
United States District Judge
F. DENNIS SAYLOR