**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ERIC TABARO NSHIMIYE,**<br><br>**Defendant.** | ) | **Criminal Action No.**<br>**24-cr-10071-FDS** |

**ORDER ON VACATING WARRANT FOR THE ARREST OF JEAN LEONARD TEGANYA AS A MATERIAL WITNESS IN A PENDING CRIMINAL CASE**

**SAYLOR, J.**

On October 9, 2026, this Court issued a warrant for the arrest of Jean Leonard Teganya as a material witness in a pending criminal case. (Dkt. No. 255). That warrant issued is hereby vacated.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge

Dated: Oct. 21, 2026