**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ERIC TABARO NSHIMIYE,**<br><br>**Defendant.** | **Criminal Action No. 24-cr-10071-FDS** |

# VERDICT FORM

**COUNT ONE: Perjury (18 U.S.C. § 1623(a))**

**We, the jury, as to Count One, find defendant Eric Tabaro Nshimiye:**

_______ Not Guilty ___X___ Guilty

**COUNT TWO: Perjury (18 U.S.C. § 1623(a))**

**We, the jury, as to Count Two, find defendant Eric Tabaro Nshimiye:**

_______ Not Guilty ___X___ Guilty

**COUNT THREE: Perjury (18 U.S.C. § 1623(a))**

**We, the jury, as to Count Three, find defendant Eric Tabaro Nshimiye:**

_______ Not Guilty ___X___ Guilty

**COUNT FOUR: Perjury (18 U.S.C. § 1623(a))**

**We, the jury, as to Count Four, find defendant Eric Tabaro Nshimiye:**

_______ Not Guilty ___X___ Guilty

**COUNT FIVE: Obstruction of Justice (18 U.S.C. §§ 1503 and 2)**

**We, the jury, as to Count Five, find defendant Eric Tabaro Nshimiye:**

_______ Not Guilty     X Guilty

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**

FOREPERSON: ______________________     DATE: 27 October 2026